United States District Court
Southern District of Texas
FILED

MAY 1 7 2004

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| **PABLO NOYOLA, JR. AND** § | |
| **MARIA LETICIA NOYOLA** § | |
| **Plaintiffs** § | |
| § | |
| **VS.** § | |
| § | |
| **MERCEDES NATIONAL BANK,** § | **CIVIL ACTION NO. B-04-087** |
| **PROGRESSIVE MORTGAGE, INC.** § | **JURY DEMAND** |
| **D/B/A KEY MORTGAGE, AND** § | |
| **ISIDRO MARTINEZ D/B/A TAILOR** § | |
| **MADE HOMES** § | |
| **Defendants** § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MERCEDES NATIONAL BANK, Petitioner herein, and pursuant to 28 U.S.C. Sections 1441 and 1446, files this its Notice of Removal and in connection therewith would respectfully show the Court the following:

1.   Petitioner is a Defendant in a civil action now pending in the 103rd Judicial District Court of Cameron County, Texas, Cause Number 2004-04-1973-D, styled **Pablo Noyola, Jr. And Maria Leticia Noyola vs. Mercedes National Bank, Progressive Mortgage, Inc. d/b/a Key Mortgage, and Isidro Martinez d/b/a Tailor Made Homes**, wherein Plaintiffs seek monetary damages and other relief for certain common law and statutory violations.

2.   All served Defendants in this case consent to this removal, as evidenced by the attached Exhibit A.

3.   Plaintiffs, in their Original Petition filed on or about April 12, 2004, have raised a federal question. Plaintiffs allege a cause of action that involves violation of the Federal Fair Reporting Act, 15 U.S.C. § 1692 et seq.

4.   Petitioner was served on April 19, 2004. Co-Petitioner, Progressive Mortgage, Inc. was served on April 19, 2004. They have not responded to the suit and join in this Notice of

Removal. This removal is filed under 28 USC Section 1446(b).

    5. The time to remove with respect to the Plaintiffs' Original Petition has not expired for the served Defendants.

    6.    This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. Section 1446 and this action may be removed to this Court by Petitioner, pursuant to the provisions of 28 U.S.C. Section 1441. Copies of all pleadings including the docket on file with the State Court are attached hereto.

    WHEREFORE, Petitioner, MERCEDES NATIONAL BANK, respectfully requests this action be removed to this Court.

Respectfully submitted,

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 FAX

By: _____
RICARDO MORADO
Federal ID #1213
State Bar No. 14417250

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been mailed to the following:

Mr. Gene McCullough               *VIA CMRRR*
McCULLOUGH AND McCULLOUGH
P. O. Box 2244
323 E. Jackson
Harlingen, Texas 78551

Mr. Gilberto Hinojosa             *VIA CMRRR*
1713 Boca Chica Boulevard
Brownsville, Texas 78520

Isidro Martinez d/b/a Tailor Made Homes, Pro Se  *VIA CMRRR*
217 W. Williamson
Harlingen, Texas 78550

on this _17__ day of May, 2004.

_____
RICARDO MORADO

# ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerige
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaix*†
David G. Oliveira

*Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization

◆Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

**Cameron County Office**
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5696    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Josue Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

Aljena L. Cano*

23,950

File No.:

May 13, 2004

**VIA FAX NO. (956) 544-4290**
Judge Gilberto Hinojosa
1713 Boca Chica Blvd.
Brownsville, Texas 78520

Re:   Cause No. 2004-04-001973-D; *Pablo Noyola and Maria Leticia Noyola vs. Mercedes National Bank, et al*; In the 103rd Judicial District Court, Cameron County, Texas

Dear Judge Hinojosa:

This letter follows our meeting of May 13, 2004, at the Hidalgo County Courthouse, wherein we discussed my client's intention to remove the above-referenced lawsuit from state district court into the United States District Court for the Southern District of Texas, Brownsville Division. The removal is based on federal question jurisdiction in that the Plaintiffs have asserted a claim pursuant to the Federal Fair Credit Reporting Act.

As a result of our meeting, it is my understanding that you have agreed, on behalf of your client, to consent to the removal. You have asked that I forward this letter to you so that you may present the same to your client.

Please be advised that the deadline for filing the removal is May 18, 2004. In order to avoid any procedural challenges, it is my intention to effect the removal on or before May 17, 2004.

Please indicate your agreement with the terms and representations contained in this letter by signing in the space provided below. Your signature constitutes proof of your client's consent to removal of this action.

Thank you for your courtesies and cooperation.

Very truly yours,

ROERIG, OLIVEIRA & FISHER, L.L.P.

By: _____
    Ricardo Morado

RM:smu



Judge Gilberto Hinojosa
May 13, 2004
Page 2

AGREED:

By: _____
     Gilberto Hinojosa
     Texas Bar No. 09701100
     **ATTORNEY FOR DEFENDANT**
     **PROGRESSIVE MORTAGE, INC., D/B/A**
     **KEY MORTGAGE**

MAGALLANES

# M&H

HINOJOSA

[X ] 1713 Boca Chica Blvd.        [   ] 3710 N. FM 492
Brownsville, Texas 78520              Mission, Texas 78574
Fax: (956) 544-4290                  Fax: (956) 583-5939

## FACSIMILE TRANSMITTAL SHEET

DATE: 5 /14 /2004        TIME: 2:05 P.m.        # OF PGS: 3

(INCL. COVER)

### PLEASE DELIVER THE FOLLOWING TO:

1. Ricardo Morado        FAX: 542-0016
2. _____        FAX: _____
3. _____        FAX: _____
4. _____        FAX: _____

FROM: ___   J. A. MAGALLANES        BY: _____
      _X_   GILBERTO HINOJOSA        BY: Jeannette
      ___   CARLOS ESCOBAR           BY: _____
      ___   RICHARD O. BURST         BY: _____

RE: Noyola v Progressive Mortgage

MESSAGE: _____
_____
_____
_____

### ORIGINAL or COPY WILL FOLLOW BY:

__ REG. U.S. MAIL        __ CERTIFIED MAIL, RRR        __ HAND DELIVERY
__ FED EXPRESS LETTER    X WILL NOT FOLLOW            __ OTHER

CONFIDENTIALITY MESSAGE
This facsimile message is legally privileged and confidential information intended only for the use of the
individual or entity named above. If the reader of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have
received this telecopy in error, please immediately notify us by telephone and return the original message
to us at the address below via the U.S. Postal Service. Thank You.

IF TRANSMISSION PROBLEMS OCCUR, PLEASE CALL
(956) 544-6571 [Brownsville]
or
(956) 583-1660 [Mission]

# NOTICE OF FILING NOTICE OF REMOVAL

CAUSE NO. 2004-04-001973-D

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND | § | IN THE DISTRICT COURT |
| MARIA LETICIA NOYOLA | § | |
| **Plaintiffs** | § | |
| | § | |
| VS. | § | |
| | § | |
| MERCEDES NATIONAL BANK, | § | 103RD JUDICIAL DISTRICT |
| PROGRESSIVE MORTGAGE, INC. | § | |
| D/B/A KEY MORTGAGE, AND | § | |
| ISIDRO MARTINEZ D/B/A TAILOR | § | |
| MADE HOMES | § | |
| **Defendants** | § | OF CAMERON COUNTY, TEXAS |

---

## NOTICE OF FILING NOTICE OF REMOVAL

---

**TO THE HONORABLE JUDGE OF THIS COURT:**

PLEASE TAKE NOTICE that the Defendants, on the 17th day of May, 2004, filed in the United States District Court for the Southern District of Texas, Brownsville, Division, a Notice of Removal of the above-referenced and numbered cause pursuant to 28 U.S.C. Sections 1441 and 1446. A copy of said Notice of Removal is attached hereto.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

By: _____
Ricardo Morado
State Bar No. 14417250
Federal I.D.No.: 1213

ATTORNEY FOR
MERCEDES NATIONAL BANK

---

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Filing Notice of Removal has been forwarded to all counsel of record by certified mail, return receipt requested, to-wit:

Mr. Gene McCullough                          *VIA CMRRR*
McCULLOUGH AND McCULLOUGH
P. O. Box 2244
323 E. Jackson
Harlingen, Texas 78551

Mr. Gilberto Hinojosa                        *VIA CMRRR*
1713 Boca Chica Boulevard
Brownsville, Texas 78520

Isidro Martinez d/b/a Tailor Made Homes, Pro Se   *VIA CMRRR*
217 W. Williamson
Harlingen, Texas 78550

on this ___17th___ day of May, 2004.

Ricardo Morado

## **VERIFICATION**

THE STATE OF TEXAS    :

COUNTY OF CAMERON   :

    I, RICARDO MORADO, being first duly sworn, deposes and says that: I am counsel for

Petitioner, MERCEDES NATIONAL BANK, herein; I am familiar with the contents of the above;

and to the best of my knowledge the contents thereof are true and correct.

                                        RICARDO MORADO

    SUBSCRIBED AND SWORN TO BEFORE ME by the said RICARDO MORADO, this

17th day of May, 2004, to certify which witness my hand and seal of office.

                                          Notary Public, State of Texas



SELESTINA M URIBE
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-01-2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **PABLO NOYOLA, JR. AND** | § | |
| **MARIA LETICIA NOYOLA** | § | |
| **Plaintiffs** | § | |
| | § | |
| **VS.** | § | |
| | § | **B-04-087** |
| **MERCEDES NATIONAL BANK,** | § | CIVIL ACTION NO. _____ |
| **PROGRESSIVE MORTGAGE, INC.** | § | **JURY DEMAND** |
| **D/B/A KEY MORTGAGE, AND** | § | |
| **ISIDRO MARTINEZ D/B/A TAILOR** | § | |
| **MADE HOMES** | § | |
| **Defendants** | § | |

### LIST OF COUNSEL OF RECORD

**ATTORNEYS FOR PLAINTIFFS**

Mr. Gene McCullough
McCULLOUGH AND McCULLOUGH
P. O. Box 2244/323 E. Jackson
Harlingen, Texas 78551
Tel:    (956) 423-1234
Fax:    (956) 423-4976

**ATTORNEYS FOR DEFENDANT**
**MERCEDES NATIONAL BANK**

Mr. Ricardo Morado
Fed. I.D. No. 1213
State Bar No. 14417250
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, TX   78520
Tel:    (956) 542-5666
Fax:    (956) 542-0016

**ATTORNEY FOR DEFENDANT**
**PROGRESSIVE MORTGAGE, INC. D/BA**
**KEY MORTGAGE**

Mr. Gilberto Hinojosa
1713 Boca Chica Boulevard
Brownsville, Texas 78520
Phone No. (956) 544-6571
Fax No. (956) 544-4290

**DEFENDANT ISIDRO MARTINEZ D/B/A**
**TAILOR MADE HOMES**

Isidro Martinez, Pro Se
217 W. Williamson
Harlingen, Texas 78550

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas   78520
Telephone:  (956) 542-5666
Telecopier:  (956) 542-0016

By:_____
      Ricardo Morado
      State Bar No. 14417250
      Federal I.D. No.: 1213

ATTORNEYS FOR
MERCEDES NATIONAL BANK

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record by certified mail, return receipt requested, to-wit:

Mr. Gene McCullough          *VIA CMRRR*
McCULLOUGH AND McCULLOUGH
P. O. Box 2244
323 E. Jackson
Harlingen, Texas 78551

Mr. Gilberto Hinojosa         *VIA CMRRR*
1713 Boca Chica Boulevard
Brownsville, Texas 78520

Isidro Martinez d/b/a Tailor Made Homes, Pro Se  *VIA CMRRR*
217 W. Williamson
Harlingen, Texas 78550

on this *17* day of May, 2004.

                                    Ricardo Morado

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

PABLO NOYOLA, JR. AND     §
MARIA LETICIA NOYOLA     §
**Plaintiffs**     §
    §
VS.     §
    §
MERCEDES NATIONAL BANK,     §
PROGRESSIVE MORTGAGE, INC.     §
D/B/A KEY MORTGAGE, AND     §
ISIDRO MARTINEZ D/B/A TAILOR §
MADE HOMES     §
**Defendants**     §

**B-04-087**

CIVIL ACTION NO. ___-_____
JURY DEMAND

## INDEX OF MATTERS FILED

I.    State Court Documents

      A.     Civil Docket Sheet and Clerk's Entries

      B.     Plaintiffs' Original Petition

      C.     Defendant's Original Answer

      D.     Plaintiffs' Motion for Substituted Service (Rule 106)

      E.     Affidavit in Support of Plaintiffs' Motion for Substituted Service

      F.     Order Granting Motion for Substituted Service

      G.     Defendant's Special Exception to Plaintiffs' Petition

      H.     Defendants' Notice of Filing Notice of Removal

II.    Federal Court Documents

      A.     Civil Cover Sheet

B.    Notice of Removal

C.    List of Counsel of Record

F.    Order for Conference and Disclosure of Interested Parties

E.    Index of Matters Filed

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas   78520
Telephone:  (956) 542-5666
Telecopier:  (956) 542-0016

By: _____
        Ricardo Morado
        State Bar No. 14417250
        Federal I.D.No.: 1213

ATTORNEYS FOR
MERCEDES NATIONAL BANK

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record by certified mail, return receipt requested, to-wit:

Mr. Gene McCullough                             *VIA CMRRR*
McCULLOUGH AND McCULLOUGH
P. O. Box 2244
323 E. Jackson
Harlingen, Texas 78551

Mr. Gilberto Hinojosa                           *VIA CMRRR*
1713 Boca Chica Boulevard
Brownsville, Texas 78520

Isidro Martinez d/b/a Tailor Made Homes, Pro Se    *VIA CMRRR*
217 W. Williamson
Harlingen, Texas 78550

on this _17th_ day of May, 2004.

RICARDO MORADO

RUN DATE 05/14/04
RUN TIME 2:28 PM

* * * C L E R K ' S   E N T R I E S * * * *

05/06/04
05/06/04

PABLO NOYOLA, JR. & MARIA LETICIA NOYOLA

VS

MERCEDES NATIONAL BANK, ET AL

003612201
HON. GENE MCCULLOUGH
P O BOX 2244
HARLINGEN, TX          78551 2244

00003505
HON. RICARDO MORADO
855 W. PRICE ROAD, SUITE 9
BROWNSVILLE, TX.       78520 8786

(06)

DECEPTIVE TRADE

MTN FOR SUBSTITUTED SERVICE IS HEREBY GRANTED AS PER ORDER
SIGNED FOR ENTRY...MMURRAYJR/CW

04/12/04  ORIGINAL PETIT
04/13/04  CITATION: MERC
04/13/04  SERVED: 04/
04/13/04  CITATION: ISID
04/13/04  SERVED:
04/13/04  CITATION: PROG
04/13/04  SERVED: 04/
04/13/04  ORIGINAL ANSWE
05/05/04  JURY FEE: Pd.
05/05/04  PLTFS' MTN FOR
05/06/04  SERVICE (RULE 1
05/06/04  AFFIDAVIT IN S
05/06/04  SUBSTITUTED SE
05/06/04  DEFT'S SPECIAL
05/07/04  PETITION /CW
05/07/04  CITATION: ISID
05/07/04  SERVED:

# JURY

## CIVIL DOCKET - JUDGE'S ENTRIES

### RULE 26-TRCP

RUN DATE ▼π●|
RUN TIME ÑàDA▪▪▪

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION |
|---|---|---|
| | C0361201 | (06) |
| | HON. GENE MCCULLOUGH | |
| PABLO NOYOLA, JR. & MARIA LETICIA NOYOLA | P O BOX 2244 | DECEPTIVE TRADE P |
| | HARLINGEN, TX          78551   2244 | |
| VS | HON. RICARDO MORADO | |
| | ATTY FOR MERCEDES NATIONAL BANK | |
| MERCEDES NATIONAL BANK, ET AL | 855 W. PRICE ROAD  SUITE 9 | |
| | BROWNSVILLE, TEXAS 78520 | |

| DATE OF ORDERS | COURT'S DOCKET (Rule 26, TRCP) |
|---|---|
| | |

NO. 2004-04-1973-D

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND MARIA | § | IN THE DISTRICT COURT |
| LETICIA NOYOLA | § | |
| **Plaintiffs,** | § | |
| | § | |
| V. | § | 103 JUDICIAL DISTRICT |
| | § | |
| MERCEDES NATIONAL BANK, | § | |
| PROGRESSIVE MORTGAGE, INC. | § | |
| D/B/A KEY MORTGAGE, AND | § | |
| ISIDRO MARTINEZ D/B/A TAILOR | § | |
| MADE HOMES | § | |
| **Defendant.** | § | OF CAMERON COUNTY, TEXAS |

FILED
AURORA DE LA GARZA
APR 1 2 2004
DISTRICT COURT OF CAMERON

## PLAINTIFFS' ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COME Pablo Noyola, Jr. and Maria Leticia Noyola, hereinafter called Plaintiffs,

complaining of and about Mercedes National Bank, Progressive Mortgage d/b/a Key Mortgage and

Isidro Martinez d/b/a Tailor Made Homes, hereinafter called Defendants, and for cause of action

show unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiffs intend that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.      Plaintiff, Pablo Noyola, Jr., is an Individual who resides in Cameron County, Texas.

3.      Plaintiff, Maria Leticia Noyola, is an Individual who resides in Cameron County,

Texas.

4.      Defendant Mercedes National Bank, A National Banking Association, and may be

served with a citation directed to said Defendant to Cheryl Bellamy, the President at the following

address: 201 S. Texas, Mercedes, Texas 78570.  Service of said Defendant as described above can

SCANNED
APR 15 2004

be effected by personal delivery. Defendant Isidro Martinez is a natural person, who may be served

through personal service at his business address: 217 W. Williamson, Harlingen, TX 78520.

Defendant Progressive Mortgage, Inc. d/b/a Key Mortgage is a corporation, which may be served

through its registered agent Lillian Kim at 1313 Alton Gloor, Ste. A, Brownsville, TX 78521.

### JURISDICTION AND VENUE

5.      The subject matter in controversy is within the jurisdictional limits of this court.

6.      This court has personal jurisdiction herein because Defendant is a Texas resident.

7.      Venue in Cameron County is proper in this cause pursuant to Section 17.56 of the

Texas Business and Commerce Code and under Section 15.011 of the Texas Civil Practice and

Remedies Code because this action involves real property as provided by said Section, and this

county is where all or part of the real property is located.

### FACTS

On or about August 28, 2002, the Defendant Mercedes National Bank (bank

hereinafter) undertook to supervise the construction on the home at:

> Lot Five (5) Westwoods Subdivision, Unit No. 1, Cameron County, Texas,
> according to map thereof recorded in Cabinet 1, Page 1538-A of the Map Records,
> Cameron County, Texas.

During the course of that construction, a number of misrepresentations were been made

by several of the bank's employees and by Mr. Martinez. Most notably, the bank assured the

Plaintiffs, that they would be protected, and that the funds released to the contractor, Mr. Isidro

Martinez, during the construction of the home would be properly monitored. Mr. Martinez

significantly misrepresented various material facts to the Noyolas.

**SCANNED**
APR 1 5 2004

The most egregious violation the bank committed occurred in the supervision of the funds. The bank, acting through Ms. Bellamy, the president, released the retainage on the loan to Mr. Martinez prior to completion of the home.

Now, not only is there no further money available in the loan account on behalf of Mr. and Mrs. Noyola, but Mr. and Mrs. Noyola are not protected against potential claims of mechanics and materialmen who may not have been paid by Mr. Martinez.

Progressive Mortgage Inc. d/b/a Key Mortgage, acting in concert with the bank, led the Noyolas to believe that their property would be foreclosed if they did not continue with the construction of the home. They were pressured by Key Mortgage and the bank to allow Defendant Isidro Martinez to continue with the construction when they had lost faith in him, and already believed that he was deceiving them. Lillian Kim, acting on behalf of Key Mortgage, and the bank, visited the job site with the Noyolas, and stated to them that their property would be foreclosed if they did not continue with construction, and allow Mr. Martinez to finish the job.

In addition, the contract entered into between the Noyolas and Mr. Martinez called for the interim interest on the construction loan to be paid by the Noyolas for the first five months. Thereafter, Mr. Martinez was to be responsible for the interest. They paid that interest. However, when five months had passed, the bank refused to require Mr. Martinez to pay that interest. No interest has been paid on the loan in over nine months. Therefore, the Noyolas' position is further jeopardized.

In addition to the foregoing, when the Noyolas questioned the actions of the bank in supervising Mr. Martinez, on more than one occasion employees of the bank advised the Noyolas that Federal banking regulators were placing pressure on the bank to foreclose on the loan, since the home was not complete.

**SCANNED**

APR 1 5 2004

On or about March 12, 2004 The Noyolas learned that they were turned down for credit because Mercedes National Bank reported them as being delinquent more than 30 days as of Jan. 2004.

The Noyolas further learned Isidro Martinez did not construct the home  according to the National Electronic Code.  It never passed inspection prior to installation of the dry wall. Despite having been warned by the inspector that the home would not pass inspection, Defendant Martinez failed to remedy the problems.  Instead, he left the home as it was, and covered the problems with the drywall.  Much of the painting and finish work has since been done. Consequently, the dry wall must be removed, and the home must be re-wired in order to pass inspection.

## DECEPTIVE TRADE PRACTICES

8.       Plaintiffs would show that Defendants engaged in certain false, misleading and deceptive acts, practices and/or omissions actionable under the Texas Deceptive Trade Practices - Consumer Protection Act (Texas Business and Commerce Code, Chapter 17.41, et seq.), as alleged hereinbelow.

9.       Unconscionable Action or Course of Action.   Defendants engaged in an "unconscionable action or course of action" to the detriment of Plaintiffs as that term is defined by Section 17.45(5) of the Texas Business and Commerce Code, by taking advantage of the lack of knowledge, ability, experience, or capacity of Plaintiffs to a grossly unfair degree.

10.      Violations of Section 17.46(b).  Defendants violated Section 17.46(b) of the Texas Business and Commerce Code, in that Defendants:

(a)       caused confusion or misunderstanding as to the source, sponsorship, approval, or certification of goods or services;

SCANNED
APR 1 5 2004

(b)    caused confusion or misunderstanding as to affiliation, connection, or association with, or certification by, another; and

(c)    represented that an agreement confers or involves rights, remedies, or obligations which it does not have or involve, or which are prohibited by law.

11.    <u>DTPA Violations under Other Statutes</u>. Plaintiffs would further show that Defendants engaged in false, misleading or deceptive acts as provided by the following "tie-in" statutes: the act regulating consumer Credit Reporting Agencies (Texas Business & Commerce Code, Section 20.12), the act regarding Credit Service Organizations (Texas Finance Code, Section 393.504) and the Debt Collection Act (Texas Finance Code, Section 392.404(a)).

12.    <u>Producing Cause</u>. Plaintiffs would show that the acts, practices and/or omissions complained of were the producing cause of Plaintiffs' damages more fully described hereinbelow.

13.    <u>Reliance</u>. Plaintiffs would further show the acts, practices and/or omissions complained of under Section 17.46(b) of the Texas Business and Commerce Code were relied upon by Plaintiffs to Plaintiffs' detriment.

14.    <u>Written Notice Given</u>. Plaintiffs have timely notified Defendant Mercedes National Bank of such complaint pursuant to Section 17.505(a) of the Texas Business and Commerce Code by letter dated December 3, 2003, and would show compliance with all conditions precedent to the filing of this suit and recovery of additional damages and attorney's fees.

## COMMON LAW FRAUD

15.    Plaintiffs further show that Defendants made material false representations to Plaintiffs with the knowledge of their falsity or with reckless disregard of the truth with the intention that such representations be acted upon by Plaintiffs, and that Plaintiffs relied on these

SCANNED
APR 1 5 2004

representations to their detriment.

16.     Plaintiffs would further show that Defendants concealed or failed to disclose material facts within the knowledge of Defendants, that Defendants knew that Plaintiffs did not have knowledge of the same and did not have equal opportunity to discover the truth, and that Defendant intended to induce Plaintiffs to enter into the transaction made the basis of this suit by such concealment or failure to disclose.

17.     As a proximate result of such fraud, Plaintiffs sustained the damages described more fully hereinbelow.

## FRAUD IN A REAL ESTATE TRANSACTION

18.     Plaintiffs would further show that the false representations and/or promises of Defendants constitute fraud in a real estate transaction as defined by Section 27.01 of the Texas Business and Commerce Code.

19.     Plaintiffs are therefore entitled to recover from Defendants actual damages described more fully hereinbelow, reasonable and necessary attorney's fees, expert witness fees, costs for copies of depositions, and costs of court as provided by Section 27.01 of the Texas Business and Commerce Code.

## NEGLIGENCE

20.     In the course of the transactions between Plaintiffs and Defendants, Defendants owed Plaintiffs a duty to safeguard the construction funds.

21.     Plaintiffs would show that Defendants failed to exercise ordinary care in performing such duty. The acts and/or omissions of Defendants described hereinabove by which Defendants breached such duty constitute a proximate cause of the damages of Plaintiffs described more fully hereinbelow, for which Defendants are liable to Plaintiffs.

SCANNED

APR 1 5 2004

## NEGLIGENT MISREPRESENTATION

22.    Plaintiffs would show that Defendants supplied false information in the course of said Defendants' business, profession or employment, or in the course of a transaction in which Defendants have a pecuniary interest, and that such information was supplied by Defendants for the guidance of Plaintiffs in the transactions described hereinabove.  Defendants failed to exercise reasonable care or competence in obtaining or communicating such information.  Plaintiffs aver that Plaintiffs suffered pecuniary loss, described more fully hereinbelow, which was proximately caused by Plaintiffs' justifiable reliance on such information.

23.    Plaintiffs therefore assert a cause of action for negligent misrepresentation against Defendants, as provided by Federal Land Bank Association of Tyler v. Sloane, 825 S.W.2d 439 (Tex. 1991).

## NEGLIGENT HIRING, SUPERVISION, AND/OR MANAGEMENT ON BEHALF OF
## DEFENDANT MERCEDES NATIONAL BANK

24.    Plaintiffs would show that Defendant Mercedes National Bank owed a duty to clients and customers, including Plaintiffs, to exercise ordinary care in the hiring of competent employees, and in the supervision and management of said Defendant's employees.

25.    Plaintiffs would further show that Defendant Mercedes National Bank failed to use ordinary care in these respects, including but not limited to failing to properly investigate potential job applicants, failing to properly supervise said Defendant's personnel, failing to implement adequate safeguards to prevent the situation that resulted in Plaintiffs' damages, and failing to provide adequate oversight for such employees. These conditions created an environment in which misrepresentations to clients and customers were likely and reasonably foreseeable to occur, and which in fact did occur in the course of the transactions involving Plaintiffs described hereinabove,

SCANNED

APR 1 5 2004

which proximately caused the damages sustained by Plaintiffs herein, and for which Plaintiffs hereby sue.

## BREACH OF CONTRACT

26.    Plaintiffs would further show that the actions and/or omissions of Defendants described hereinabove constitute breach of contract, which proximately caused the direct and consequential damages of Plaintiffs described hereinbelow, and for which Plaintiffs hereby sue.

## FAIR CREDIT REPORTING ACT

27.    Plaintiffs hereby assert a claim against Defendants for violations of the state and Federal Fair Credit Reporting Acts under 15 U.S.C. 1692 et. seq., and Texas' equivalent under Sec. 392.301 et. seq. of the Texas Finance Code.

## STATUTORY LIBEL

28.    Plaintiffs hereby assert a claim against Defendants for libel pursuant to Chapter 73, Texas Civil Practice and Remedies Code. Plaintiffs would show that the Defendant published a statement with credit reporting agencies that was defamatory toward both plaintiffs with negligent disregard of the truth of the matter.

## LOSS OF CONSORTIUM

29.    Plaintiffs have lost spousal comfort, support and affection as result of the deception and negligence of the Defendants. Plaintiffs hereby assert a claim for loss of consortium against Defendant.

## INTENTIONAL INFLICTION OF EMOTION DISTRESS

30.    Plaintiffs hereby assert a claim against Defendants for intention infliction of emotional distress. Plaintiffs would show the Court that: (1) Defendants acted intentionally or recklessly; (2) the conduct was extreme and outrageous; (3) the actions of the Defendants caused

SCANNED
APR 1 5 2004

the Plaintiffs emotional distress; and (4) the emotional distress suffered by the Plaintiffs was severe.

## BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING

31.    Plaintiffs hereby assert a claim against defendants for breach of duty of good faith and fair dealing.

## AGENCY

32.    At and during the time of the acts and/or omissions complained of herein, any acts and/or omissions committed by an agent, representative or employee of Mercedes National Bank, Defendant, occurred within the scope of the actual or apparent authority of such person on behalf of said Defendant.

33.    Said Defendant is therefore liable to Plaintiffs for the acts and/or omissions of any such agent, representative or employee complained of herein by virtue of such agency relationship.

## RESPONDEAT SUPERIOR

34.    At and during the time of the acts and/or omissions complained of herein, said acts and/or omissions of any employee of Mercedes National Bank, Defendant, occurred within the scope of the general authority and for the accomplishment of the objectives for which such employee was employed.

35.    Defendant Mercedes National Bank is therefore liable to Plaintiffs for the acts and/or omissions of any such employee complained of herein under the doctrine of respondeat superior.

## BREACH OF FIDUCIARY DUTY
## ON THE PART OF MERCEDES NATIONAL BANK

36.    Defendant breached its fiduciary duty to Plaintiffs.  Defendant owes Plaintiff a fiduciary duty to safeguard the advances and to comply with its own Construction Loan

**SCANNED**
APR 15 2004

Agreement. It failed to do so, thereby causing harm to Plaintiffs.

## CONSPIRACY TO COMMIT FRAUD

37.    Plaintiffs would show that Defendant Mercedes National Bank and the contractor, Isidoro Martinez, acted together to obtain the advances while making short cuts on the construction of the home to make a profit. These acts are the proximate result of Plaintiffs damages described herein below.

38.    Plaintiffs would show how Defendant, Mercedes National Bank, and Key Mortgage acted together to force the Plaintiffs to sign draw requests by threatening foreclosure. These acts are the proximate result of Plaintiffs damages described herein below.

## ECONOMIC AND ACTUAL DAMAGES

37.    Plaintiffs sustained the following economic and actual damages as a result of the actions and/or omissions of Defendant described hereinabove:

   (a)    Out-of-pocket expenses.

   (b)    Lost profits.

   (c)    Loss of credit and damage to credit reputation.

   (e)    Interest and/or finance charges assessed against and paid by Plaintiffs.

   (f)    Diminished or reduced market value.

## DAMAGES FOR MENTAL ANGUISH

38.    Plaintiffs would further show that the false, misleading and deceptive acts, practices and/or omissions described hereinabove were committed "knowingly," as provided by Section 17.45(9) of the Texas Business and Commerce Code, in that Defendants had actual awareness of the falsity, deception, or unfairness of such acts, practices, and/or omissions.

39.    As a result of such acts, practices and/or omissions, Plaintiffs sustained a high degree

SCANNED
APR 1 5 2004

of mental pain and distress of such nature, duration and severity that would permit the recovery of damages for mental anguish pursuant to Section 17.50(b) of the Texas Business and Commerce Code, and for which Plaintiffs hereby sue in an amount in excess of the minimum jurisdictional limits of this Court.

## MULTIPLE DAMAGES

40.     As alleged hereinabove, Plaintiffs would show that the false, misleading and deceptive acts, practices and/or omissions complained of herein were committed "knowingly" in that Defendants had actual awareness of the falsity, deception, or unfairness of such acts, practices, and/or omissions.

41.     Plaintiffs further aver that such acts, practices, and/or omissions were committed "intentionally" in that Defendants specifically intended that Plaintiffs act in detrimental reliance on the falsity or deception or in detrimental ignorance of the unfairness.

42.     Therefore, Plaintiffs are entitled to recover multiple damages as provided by 17.50(b)(1) of the Texas Business and Commerce Code.

## EXEMPLARY DAMAGES

43.     Plaintiffs would further show that the acts and omissions of Defendants complained of herein were committed knowingly, willfully, intentionally, with actual awareness, and with the specific and predetermined intention of enriching said Defendants at the expense of Plaintiffs. In order to punish said Defendants for such unconscionable overreaching and to deter such actions and/or omissions in the future, Plaintiffs also seek recovery from Defendants for exemplary damages as provided by Section 41.003(1) of the Texas Civil Practice and Remedies Code and by Section 27.01 of the Texas Business and Commerce Code.

## ATTORNEY'S FEES

SCANNED
APR 1 5 2004

44.     Request is made for all costs and reasonable and necessary attorney's fees incurred by or on behalf of Plaintiffs herein, including all fees necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just, as provided by: (a) Section 17.50(d) of the Texas Business and Commerce Code; (b) Section 27.01(e) of the Texas Business and Commerce Code; (c) Chapter 38 of the Texas Civil Practice and Remedies Code; and, (d) common law.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs, Pablo Noyola, Jr. and Maria Leticia Noyola, respectfully pray that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiffs against Defendants for the economic and actual damages requested hereinabove in an amount in excess of the minimum jurisdictional limits of the Court, together with prejudgment and postjudgment interest at the maximum rate allowed by law, attorney's fees, costs of court, and such other and further relief to which the Plaintiffs may be entitled at law or in equity, whether pled or unpled.

Respectfully submitted,

McCullough & McCullough

Respectfully submitted,
McCULLOUGH AND McCULLOUGH

By:_____
Gene McCullough
Texas Bar No. 00794267
P.O. Box 2244/323 E. Jackson
Harlingen, Texas 78551
Tel. (956)423-1234/  Fax. (956)423-4976
Attorney for Plaintiffs
Pablo Noyola, Jr. and Maria Leticia Noyola

**SCANNED**
**APR 1 5 2004**

# McCULLOUGH AND McCULLOUGH

ATTORNEYS AT LAW
323 E. JACKSON
P.O. BOX 2244
HARLINGEN, TEXAS 78551-2224
GENEMCCULLOUGH@EARTHLINK.NET

**GRAHAM McCULLOUGH**
BOARD CERTIFIED REAL ESTATE/RESIDENTIAL
TEXAS BOARD OF LEGAL SPECIALIZATION

**GENE McCULLOUGH**

TELEPHONE: 956/423-1234
FACSIMILE:  956/423-4976

April 8, 2004

Ms. Aurora De La Garza
Cameron County District Clerk
974 East Harrison
Brownsville, Texas  78520

Re:  Cause No. 04-04-1973-D ;Pablo Noyola, Jr. and Maria Leticia Noyola
v. Mercedes National Bank, Progressive Mortgage, Inc. d/b/a Key Mortgage
and Isidro Martinez d/b/a Tailor Made Homes

Dear Ms. De La Garza:

Enclosed please find one original and three copies of *Plaintiff's Original Petition* regarding the matter referenced above.  We are requesting the citations of service to be returned to this office. Please file the original and return the file-stamped copies along with the citations to this office in the enclosed self-addressed, stamped envelope.

Also enclosed is our litigation check in the amount of $204.00, which includes the cost of filing the petition and the issuance of three citations.

As always thank you in advance for the professional courtesies extended to our office.

Should you have any questions, regarding this or any other matter, please do not hesitate to call.

Sincerely,

McCULLOUGH & McCULLOUGH

Tracy Berube

4/14/04
deposit ok

SCANNED
APR 1 5 2004

Citation for Personal Service  - GENERAL                Lit. Seq. # 5.004.01

No. 2004-04-001973-D                    **ORIGINAL**

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If
you or your attorney do not file a written answer with the clerk who issued this
citation by 10:00 a.m. on the Monday next following the expiration of twenty
days after you were served this citation and petition, a default judgment may be
taken against you.

TO: PROGRESSIVE MORTGAGE, INC.
    SERVING ITS REGISTERED AGENT
    LILLIAN KIM
    1313 ALTON GLOOR, STE. A
    BROWNSVILLE, TEXAS 78521

the         DEFENDANT         , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20
days after the date of service of this citation before the Honorable District
Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said
county in Brownsville, Texas.  Said         PETITION         was filed on
   APRIL 13, 2004   .  A copy of same accompanies this citation.

The file number of said suit being No. 2004-04-001973-D.

The style of the case is:

PABLO NOYOLA, JR. & MARIA LETICIA NOYOLA
VS.
MERCEDES NATIONAL BANK, ET AL

Said petition was filed in said court by:        HON. GENE MCCULLOUGH
(Attorney for          PLAINTIFF          ), whose address is
P O BOX 2244 HARLINGEN, TX  78551-2244

The nature of the demand is fully shown by a true and correct copy of the
Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to
requirements of law, and the mandates thereof, and make due return as the law
directs.

Issued and given under my hand and seal of said Court at Brownsville,
Texas, this the 13th day of    APRIL   , A.D. 2004.

AURORA DE LA GARZA    DISTRICT CLERK

# CIVIL PROCESS RETURN

CAME TO HAND on the _16th_ day of _April_ ,2004. at _4:30_

_P_ .m. and (executed) / not executed on the _19th_ day of _April_ ,2004. by

Delivering a true copy of the citation together with the affixed:

_✓_ Plaintiff's Original Petition      To: _Progressive Mortage Inc._

\_\_\_\_Temporary Restraining Order      _Lillian Kim Reg. Age._

\_\_\_\_Order Setting Hearing      _1313 Alton Gloor Ste. A_

\_\_\_\_Motion to Modify      _Brownsville, Texas 78521_

\_\_\_\_Other _____

Cause No. _2004-04-1973-D_ , _Noyola_ _____vs.

_Mercedes National Bank ETAL_ in the _103rd Judicial District_ court

_____County, Texas. Failure to execute citation is:_____

_____

Fees for serving (1) copy:      By: _____

Total:$ _45.00_      Gabriel Vega, Jr.
943 N. Expy.#15-165
Brownsville, Texas 78520
Paid By: _Gene McCullough_      (956)546-1216

STATE OF TEXAS
COUNTY OF CAMERON
BEFORE ME, the undersigned notary public, on this day personally appeared
Gabriel Vega, Jr. who deposed and says: that he is over the age of (18) eighteen
years: that he is a disinterested party in the above mentioned action: and that he
served the above defendant with process at the time and the place described above.
SWORN TO AND SUBSCRIBED BEFORE ME ON THE \_\_20\_ day
of _April_ 2004.
_____
Notary public in and for the
State of Texas

BARBARA SEALS
Notary Public, State of Texas
My Commission Expires
April 06, 2008

FILED _4:32_ O'CLOCK _P_ M
AURORA DE LA GARZA DIST. CLERK

APR 2 0 2004

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____DEPUTY

**SCANNED**

APR 2 0 2004

Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.003.01

No. 2004-04-001973-D

**ORIGINAL**

# T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: MERCEDES NATIONAL BANK
    SERVING CHERYL BELLAMY
    PRESIDENT
    201 S. TEXAS
    MERCEDES, TEXAS 78570

the _____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____PETITION_____ was filed on _APRIL 12, 2004_.  A copy of same accompanies this citation.

The file number of said suit being No. 2004-04-001973-D.

The style of the case is:

PABLO NOYOLA, JR. & MARIA LETICIA NOYOLA
VS.
MERCEDES NATIONAL BANK, ET AL

Said petition was filed in said court by _____ HON. GENE MCCULLOUGH
(Attorney for _____PLAINTIFF_____), whose address is
P O BOX 2244 HARLINGEN, TX  78551-2244 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 13th day of _APRIL_, A.D. 2004.

AURORA DE LA GARZA    , DISTRICT CLERK

# CIVIL PROCESS RETURN

CAME TO HAND on the 16th day of April ,2004. at 4:30

P.m. and executed / not executed on the 14th day of April ,2004. by

Delivering a true copy of the citation together with the affixed:

✓ Plaintiff's Original Petition          To: Mercedes National Bank

_____Temporary Restraining Order         Cheryl Bellamy Pres.

_____Order Setting Hearing                201 S. Texas

_____Motion to Modify                     Mercedes, Texas 78570

_____Other                               _____

Cause No. 2004-04-1973-D      Noyola      _____vs.

Mercedes National Bank, ET AL in the 103rd Judicial District court

Cameron County, Texas. Failure to execute citation is:_____

_____

Fees for serving (1) copy:               By: _____

Total:$ 45.00                            Gabriel Vega, Jr.
                                         943 N. Expy.#15-165
Paid By: Gene McCullough                 Brownsville, Texas 78520
                                         (956)546-1216

STATE OF TEXAS
COUNTY OF CAMERON
BEFORE ME, the undersigned notary public, on this day personally appeared
Gabriel Vega, Jr. who deposed and says: that he is over the age of (18) eighteen
years: that he is a disinterested party in the above mentioned action: and that he
served the above defendant with process at the time and the place described above.
SWORN TO AND SUBSCRIBED BEFORE ME ON THE 20 day
of April 2004.

_____
Notary public in and for the
State of Texas

BARBARA SEALS
Notary Public, State of Texas
My Commission Expires
April 06, 2008

FILED 4:30 O'CLOCK P M
AURORA DE LA GARZA DIST. CLERK

APR 20 2004

DISTRICT COURT OF CAMERON COUNTY, TEXAS

SCANNED

APR 2 0 2004



# Aurora De La Garza

**Cameron County District Clerk**
974 E. Harrison Street
Brownsville, Texas 78520
Office (956) 544-0838   Fax (956) 544-0841

## MEMORANDUM

**To Filing Clerk:** Diana          **Date:** 4/12/04

**Cause No:** 04-04-1973-D

**Please Prepare:**                    ☐ Change Court to _____

☐ Folder   ☐ Confidential        Continuing Jurisdiction in Cause No. _____

Attorney Name: Gene McCullough          ID# 361201

☐ Need File   ☐ Motion: _____ Filed

☐ Cit/Prec/Writ: 3   Issued: 4/13/04   Shf/Atty/CM: Mailed $ _____

☐ Cit/Prec/Writ: ___   Issued: _____   Shf/Atty/CM: _____ $ _____

☐ Date Bond Approved: 4/4/04   $4.00   Other: _____

Deposit $ 204.00 Check   Paid On: 4/12/04   By: _____

Jury Fee $ _____   Paid On: _____   By: _____

Reviewed by: _____   Return to: J. Alvar

                        Deputy                              Deputy

---

**To Court Clerk:** _____ _____ **District Court   Date:** _____

**Please present to Judge:**

☐ Order   ☐ TRO   ☐ Protective Order

☐ Issue Process   ☐ Make D.E.   ☐ Make notation on Order of process issued.

☐ Give to   ☐ Sheriff   ☐ Attorney   ☐ Other

☐ Send copies to attorneys or parties entitled to copy.

☐ After issuing service, return to Main Office for Folder and Docket Entry

☐ Transfer to Jury Docket:

Jury Fee Paid by _____ On _____

☐ Other _____

_____

**SCANNED**

By: _____
                    APR 15 2004
                                        Deputy

CAUSE NO. 2004-04-001973-D

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND | § | IN THE DISTRICT COURT |
| MARIA LETICIA NOYOLA | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | |
| | § | |
| MERCEDES NATIONAL BANK, | § | 103RD JUDICIAL DISTRICT |
| PROGRESSIVE MORTGAGE, INC. | § | |
| D/B/A KEY MORTGAGE, AND | § | |
| ISIDRO MARTINEZ D/B/A TAILOR | § | |
| MADE HOMES | § | |
| Defendants | § | OF CAMERON COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the MERCEDES NATIONAL BANK, a Defendant in the above-styled and numbered cause, and files this Original Answer, and would respectfully show the Court as follows:

### I.

### **GENERAL DENIAL**

Defendant denies each and every, all and singular, the allegations contained in Plaintiffs' Original Petition and demands strict proof thereof.

### II.

By way of further answer, if such be necessary, Defendant states that it specifically denies entering into an agreement or contract with Plaintiffs that was not reduced to writing and signed by both parties.

### III.

By way of further answer, if any be necessary, Defendant states that it has no oral agreements

with Plaintiffs, and that any such agreements are barred by the statute of frauds and/or the parole evidence rule.

## IV.

By way of further answer, if any be necessary, Defendant states that any agreement between Plaintiffs and Defendant must be in writing, must be signed and must be in compliance with the requirements of §26.02 of the Texas Business & Commerce Code.

## V.

By way of further answer, if any be necessary, Defendant states that Plaintiffs failed to take reasonable steps to mitigate damages, if any.

## VI.

By way of further answer, if any be necessary, Defendant states that at all times material it acted solely as the lender of the construction loan funds and that it did not provide Plaintiffs a "good or service" within the meaning of the Deceptive Trade Practices Act.

## VII.

By way of further answer, if any be necessary, Defendant states that Plaintiffs' own acts and omissions were the proximate cause of their damages, if any.

## VIII.

By way of further answer, if any be necessary, Defendant states that Plaintiffs are not "consumers" within the meaning of the Deceptive Trade Practices Act.

## IX.

By way of further answer, if any be necessary, Defendant states that Plaintiffs' damages, if any, were caused by the acts or omissions of third parties over which this Defendant had no control.

## XI.

By way of further answer, if any be necessary, Defendant states that it neither owes Plaintiffs any duty nor breached any duty in connection with the hiring, supervision or management of its employees.

## XII.

Defendant further states that Plaintiffs' claims are barred, in whole or in part, by the statute of frauds

## XIII.

By way of further answer, Defendant states that it relies on the defense of truth as to any matter on which Plaintiffs base their claim for defamation.

## XIV.

By way of further answer, Defendant states that it is entitled to the defense of waiver as to some or all of Plaintiffs' claims.

## XV.

Request for Jury Trial has been made by Defendant. Defendant has deposited with the district clerk of the Court a jury fee of $30.00.

**WHEREFORE, PREMISES CONSIDERED**, Mercedes National Bank prays that upon final trial hereof it have judgment:

1)    that Plaintiffs take nothing by this suit;

2)    that Mercedes National Bank have and recover from Plaintiffs its reasonable attorney's fees, plus an additional sum in the event an appeal is filed with the Court of Appeals, and an additional sum in the event that an appeal is filed in the Supreme Court;

3)    that Mercedes National Bank recover its costs;

4)   that Mercedes National Bank have post-judgment interest at the highest rate permitted by law;

5)   that Mercedes National Bank have such further and general relief to which it may show itself justly entitled.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016

By: _____
RICARDO MORADO
Texas State Bar No. 14417250

ATTORNEYS FOR MERCEDES NATIONAL BANK

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed to:

Mr. Gene McCullough                    *VIA CMRRR*
McCULLOUGH AND McCULLOUGH
P. O. Box 2244
323 E. Jackson
Harlingen, Texas 78551

on this ___5th___ day of May, 2004.

_____
RICARDO MORADO

---

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig++
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*+
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

Adolfo Guerra, Jr.+
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

Allena L. Cano*

+Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization

+Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

23,950

May 5, 2004

File No.:

### *VIA HAND DELIVERY*
Mrs. Aurora de la Garza
Cameron County District Clerk
974 East Harrison
Brownsville, Texas 78520

Re:    Cause No. 2004-04-001973-D; *Pablo Noyola and Maria Leticia Noyola vs. Mercedes National Bank, et al*; In the 103rd Judicial District Court, Cameron County, Texas

Dear Mrs. de la Garza:

In connection with the above-referenced matter, enclosed please find an original and a copy of the Defendant's Original Answer. Also, enclosed herewith please find the firm's check in the amount of $30.00 which represents your requisite fee for a jury demand.

Please file the original, affix your file-stamp on our copy and return the file-stamped copy to our courier.

By copy of this letter, I am forwarding a copy of the same to all parties of record.

Thank you for your courtesies and cooperation.

Very truly yours,

ROERIG, OLIVEIRA & FISHER, L.L.P.

By: _____
    Ricardo Morado

RM:smu
Enclosures
cc:    Mr. Gene McCullough              *VIA CMRRR*
       McCULLOUGH AND McCULLOUGH
       P. O. Box 2244
       323 E. Jackson
       P. O. Box 2244
       Harlingen, Texas 78551-2244

NO. <u>2004-04-1973-D</u>

FILED
AURORA DE LA GARZA
DISTRICT CLERK

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND MARIA | § | IN THE DISTRICT COURT |
| LETICIA NOYOLA | § | |
| Plaintiffs, | § | 2004 MAY -6  A 11: 18 |
| | § | |
| V. | § | CAMERON COUNTY, TEXAS |
| | § | 103rd JUDICIAL DISTRICT |
| MERCEDES NATIONAL BANK, | § | |
| PROGRESSIVE MORTGAGE, INC. | § | |
| D/B/A KEY MORTGAGE AND | § | |
| ISIDORO MARTINEZ D/B/A | § | |
| TAILOR MADE HOMES | § | |
| Defendants. | § | OF CAMERON COUNTY, TEXAS |

### PLAINTIFFS' MOTION FOR SUBSTITUTED SERVICE[Rule 106]

**NOW COME** Plaintiffs, Pablo Noyola, Jr. and Maria Leticia Noyola, as Movants herein, and bring this Motion for Substituted Service pursuant to Tex. R. Civ. P. 106, and in support thereof, show the court the following:

I.

Attempts to serve process on Defendant, Isidoro Martinez d/b/a Tailor Made Homes, have been unsuccessful, as set out in the affidavit attached hereto and incorporated by reference herein.

II.

Reasonably effective notice of the suit may be given to the Defendant by having any person authorized by Tex. R. Civ. P. 103 leave a true copy of the citation, with a copy of the petition and order attached, with anyone 16 years of age or older at the location specified in the attached affidavit, or by such other order of the Court as it deems appropriate under the circumstances.

**WHEREFORE, PREMISES CONSIDERED,** Movants pray that the Court grants this Motion for Substituted Service, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,
McCULLOUGH AND McCULLOUGH

By:_____
Gene McCullough
Texas Bar No. 00794267
P.O. Box 2244/323 E. Jackson
Harlingen, Texas 78551
Tel. (956)423-1234/Fax. (956)423-4976
Attorney for Plaintiffs
Pablo Noyola, Jr. and Maria Leticia Noyola

NO. <u>2004-04-1973-D</u>

| | |
|---|---|
| PABLO NOYOLA, JR. AND MARIA LETICIA NOYOLA<br>Plaintiffs, | § § § § |
| V. | § § |
| MERCEDES NATIONAL BANK, PROGRESSIVE MORTGAGE, INC. D/B/A KEY MORTGAGE AND ISIDORO MARTINEZ D/B/A TAILOR MADE HOMES<br>Defendants. | § § § § § § |

IN THE DISTRICT COURT

FILED
AURORA DE LA GARZA
DISTRICT CLERK

2004 MAY -6 A 11: 18

CAMERON COUNTY, TEXAS

103rd JUDICIAL DISTRICT

Connie L. Wanford
DEPUTY

OF CAMERON COUNTY, TEXAS

### AFFIDAVIT IN SUPPORT OF
### PLAINTIFFS' MOTION FOR SUBSTITUTED SERVICE

BEFORE ME, the undersigned authority, personally appeared Gabe Vega, who, by me duly sworn, deposed as follows:

"My name is Gabe Vega. I am of sound mind and capable of making this affidavit. I am personally acquainted with the facts herein stated, which are true."

"I have attempted to serve process on Defendant, Isidoro Martinez d/b/a Tailor Made Homes at 217 W. Williamson, Harlingen, Texas 78520. I also attempted service at 558 N. Crockett, San Benito, Texas 78586. The person who answered the door identified herself as his mother. It is Isidoro Martinez's place of business, but his mother refused to give me his phone number or tell me when he would return. I believe process can be effectively served by delivering papers to any over the age of sixteen at that address."

"I am qualified to serve process in this case as required under Rule 103 of the Texas Rules of Civil Procedure."

SIGNED on *May 5*, 2004.

_____
Gabe Vega, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on *5/5/04*, by *Gabe Vega*

*Therese Berube*
_____
Notary Public, State of Texas

THERESE ANNE BERUBE
Notary Public, State of Texas
My Commission Expires 12-06-2003


THERESE ANNE BERUBE
Notary Public
STATE OF TEXAS
My Comm. Exp 12-06-2007

NO. 2004-04-1973-D

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND MARIA | § | IN THE DISTRICT COURT |
| LETICIA NOYOLA | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | 103rd JUDICIAL DISTRICT |
| | § | |
| MERCEDES NATIONAL BANK, | § | |
| PROGRESSIVE MORTGAGE, INC. | § | |
| D/B/A KEY MORTGAGE AND | § | |
| ISIDORO MARTINEZ D/B/A | § | |
| TAILOR MADE HOMES | § | |
| Defendants. | § | OF CAMERON COUNTY, TEXAS |

## ORDER GRANTING
## MOTION FOR SUBSTITUTED SERVICE

On *May 6, 2004* the Court considered Plaintiffs' Motion for Substituted Service on Defendant, Isidoro Martinez d/b/a Tailor Made Homes.

The Court finds that as to Defendant, Isidoro Martinez d/b/a Tailor Made Homes:

1. The facts set forth in the affidavit of Gabe Vega are accepted as true and incorporated herein as if set forth at length.
2. Gabe Vega exercised due diligence to serve process on Defendant, Isidoro Martinez d/b/a Tailor Made Homes at 217 W. Williamson, Harlingen, Texas 78520.
3. The manner of service ordered herein will be reasonably effective in giving Defendant, Isidoro Martinez d/b/a Tailor Made Homes, notice of the suit.

**IT IS THEREFORE ORDERED** that service of citation may be made on Defendant, Isidoro Martinez d/b/a Tailor Made Homes, by leaving a copy of the citation, with a copy of the petition and a copy of this order attached, with any person 16 years of age or older at Defendant's usual place of business: 558 N. Crockett, San Benito, Texas 78586.

**IT IS FURTHER ORDERED** that proof of service shall be made by the person executing the return, stating when the citation was served, on whom it was served, and where it was served.

**SIGNED on** *May 6* 2004.

_____
JUDGE PRESIDING

05/07/04 COPIES TO:
HON. GENE MCCULLOUGH

FILED _____ O'CLOCK ____ M
AURORA DE LA GARZA DIST CLERK
APR - 7 2004
DISTRICT COURT OF CAMERON COUNTY, TEXAS

FI____ __ __:__ O'CLOCK ___M
ORA DE LA GARZA DIST. CLERK

MAY 0 6 2004

DISTRICT COURT OF CAMERON COUNTY TEXAS
_____ DEPUTY

NO. 2004-04-1973-D

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND MARIA LETICIA NOYOLA<br>**Plaintiffs,** | § § § § | IN THE DISTRICT COURT |
| **V.** | § § | 103RD JUDICIAL DISTRICT |
| PROGRESSIVE MORTGAGE, INC., D/B/A KEY MORTGAGE, MERCEDES NATIONAL BANK AND ISIDRO MARTINEZ D/B/A TAILOR MADE HOMES<br>**Defendants.** | § § § § § § § | OF CAMERON COUNTY, TEXAS |

## DEFENDANT'S SPECIAL EXCEPTION TO
## PLAINTIFFS' PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Defendant PROGRESSIVE MORTGAGE, INC., D/B/A KEY MORTGAGE, and objects to the Plaintiffs' Petition, as set forth herein.

I.

Defendant submits the following exception to Plaintiffs' Petition:

    1.    Plaintiffs' allegations are so general that Defendant does not have fair notice of the claim. Plaintiff does not state:

        a.    The false representations and/or promises of Defendant that constitutes fraud in a real estate transaction as defined by Section 27.01 of the Texas Business and Commerce Code;

        b.    The duty Defendant owed to Plaintiffs to safeguard the construction funds;

        c.    The contract between Plaintiffs and Defendant, which the actions and/or omissions of Defendant, allegedly breached;

        d.    The violations of state and Federal Fair Credit Reporting Acts by Defendant;

        e.    The statements published by Defendant to credit reporting agencies;

and

    f.      The breach of good faith and fair dealing asserted against Defendant.

**WHEREFORE,** Defendant PROGRESSIVE MORTGAGE, INC., D/B/A KEY MORTGAGE, prays this Court will sustain the exception to the Plaintiffs' Petition, and either order Plaintiffs to re-plead or order such other relief as the Court deems appropriate.

## DEFENDANT'S ORIGINAL ANSWER

**NOW COMES** Defendant, PROGRESSIVE MORTGAGE, INC., D/B/A KEY MORTGAGE, named Defendant in the above-entitled and numbered cause, and files this Original Answer, and shows the Court:

### I.

### GENERAL DENIAL

Defendant denies each and every allegation of Plaintiffs' Original Petition, and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

### II.

### AFFIRMATIVE DEFENSE

1.      Defendant claims Plaintiffs' suit is barred by the doctrine of contributory negligence.

2.      Defendant claims Plaintiffs' suit is barred by the doctrine of excuse.

3.      Defendant claims Plaintiffs' suit is barred by the doctrine of failure of consideration.

4.      Defendant claims Plaintiffs' suit is barred by the doctrine of lack of privity.

### III.

### LIMITATION OF DAMAGES

1.      Defendant shows the Court that Plaintiffs' claims for damages, if any, are subject to proportionate responsibility, contribution and/or indemnity pursuant to Chapter 33 of the Texas Civil Practice and Remedies Code.

2.      Defendant shows the Court that Plaintiffs' claims for damages, if any, are subject

to the limitations provided in Chapter 41 of the Texas Civil Practice and Remedies Code.

2. Defendant shows the Court that Plaintiffs' claims for exemplary/punitive damages would violate § 10 of Article One and the Fifth, Eighth and Fourteenth Amendments to the Constitution of the United States of America. Defendant would also show unto the Court that a recovery, award or judgment of exemplary/punitive damages in this case would violate §§ 3, 13, and 19 of Article 1 of the Constitution of the State of Texas. A recovery, award or judgment of exemplary/punitive damages in this case would have the effect of imposing excessive fines, would deprive Defendant of property without due process of law, would deny Defendant equal protection of the law and would impair the obligations of contracts.

## PRAYER

Defendant prays the Court, and after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,

Magallanes & Hinojosa, P.C.

By: _____
Gilberto Hinojosa
Texas Bar No. 09701100
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Tel. (956)544-6571
Fax. (956)544-4290
Attorney for Defendant
PROGRESSIVE MORTGAGE, INC., D/B/A KEY MORTGAGE

## CERTIFICATE OF SERVICE

I certify that on May 6, 2004 a true and correct copy of Defendant's Answer and Special Exceptions was served to each person listed below by the method indicated.

Gilberto Hinojosa

GENE MCCULLOUGH
Attorney for PABLO NOYOLA, JR. and MARIA LETICIA NOYOLA
MCCULLOUGH AND MCCULLOUGH
P.O. Box 2244
323 E. Jackson
Harlingen, Texas 78551
TEL: 956/ 423-1234
FAX: 956/ 423-4976

__ X __ Certified mail, return receipt requested

___ Personal delivery
___ Private delivery

___ Facsimile transfer

MERCEDES NATIONAL BANK,
Pro Se
201 S. Texas
Mercedes, Texas 78570
TEL: 956/
FAX: 956/

__ X __ Certified mail, return receipt requested
___ Personal delivery
___ Private delivery
___ Facsimile

ISIDRO MARTINEZ D/B/A TAILOR MADE HOMES, Pro Se
217 W. Williamson
Harlingen, Texas 78550
TEL: 956/
FAX: 956/

__ X __ Certified mail, return receipt requested
___ Personal delivery
___ Private delivery
___ Facsimile

MAGALLANES

# M&H

### HINOJOSA

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

J. A. Magallanes
Gilberto Hinojosa
—•—
Carlos Escobar*
Richard O. Burst

P.O. Box 4901
1713 Boca Chica Blvd.
Brownsville, Texas 78520
(956) 544-6571 Telephone
(956) 544-4290 Facsimile

May 6, 2004

Aurora De La Garza
District Clerk
974 East Harrison Street
Brownsville, Texas

**RE: Cause No.2004-04-1973-D;** *Pablo Noyola, Jr, et al v. Progressive Mortgage, Inc., et al;* **in the 103ᴿᴰ Judicial District Court, Cameron County Texas.**

Dear Ms. De La Garza:

Enclosed for filing please find the following:

1.    **Defendant's Special Exception to Plaintiffs' Petition**

in regards to the above referenced matter. Please file mark our copy as to the date of filing and return it to our courier.

By copy of the foregoing, a correct copy of the above and foregoing is being forwarded to all parties.

As always , your kind attention to this matter is greatly appreciated.

Sincerely,
**Magallanes & Hinojosa, P.C.**

Juana L. Ferreyra
Secretary for Gilberto Hinojosa

encl.

cc: Gene McCullough, P O Box 2244, Harlingen, Texas 78551
Mercedes National Bank, 201 S Texas, Mercedes, Texas 78570
Isidro Martinez, 217 W. Williamson, Harlingen, Texas 78550