United States District Court
Southern District of Texas
FILED

MAY 2 4 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PABLO NOYOLA, JR. AND §
MARIA LETICIA NOYOLA §
§
vs. § CIVIL ACTION NO. B-04-087
§
MERCEDES NATIONAL BANK, §
PROGRESSIVE MORTGAGE, INC. D/B/A §
KEY MORTGAGE, AND ISIDRO §
MARTINEZ §
D/B/A TAILOR MADE HOMES §

## PLAINTIFFS' LIST OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME Plaintiffs, Pablo Noyola, Jr. and Maria Leticia Noyola to file Plaintiffs' List of interested parties and states as follows:

**I.**

Pursuant to the court's order of conference dated May 17, 2004, Plaintiffs provide the following list of potentially interested parties:

1.  Plaintiffs:            Pablo Noyola, Jr. and Maria Leticia Noyola

2.  Plaintiffs' Attorney:  Gene McCullough

3.  Defendants:            Mercedes National Bank
                           Progressive Mortgage, Inc. d/b/a Key Mortgage
                           Isidoro Martinez d/b/a Tailor Made Homes

4.  Defendants' Attorneys: Ricardo Morado
                           Attorney for Defendant Mercedes National Bank

                           Gilbert Hinojosa
                           Attorney for Defendant Progressive Mortgage, Inc.

Respectfully submitted,

MCCULLOUGH AND MCCULLOUGH
P.O. Box 2244
323 E. Jackson St.
Harlingen, Texas 78551-2244
Tel. (956) 423-1234
Fax (956) 423-4976

BY: _____
Gene McCullough
State Bar No. 00794267
Federal I.D. No. 19292
Attorney for Plaintiffs
Pablo Noyola, Jr. and Maria Leticia Noyola

## CERTIFICATE OF SERVICE

I certify that on May ___, 2004, a true and correct copy of *Plaintiffs' Disclosure of Interested Parties* was served to each person listed below by the method indicated.

Via 1st Class U.S. Mail
Ricardo Morado
ROERIG, OLIVERIA & FISHER, L.L.P.
855 West Price Road, Ste. 9
Brownsville, Texas 78520-8786
Attorney for Defendant
Mercedes National Bank

Via 1st Class U.S. Mail
Gilbert Hinojosa
MAGALLANES & HINOJOSA, P.C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Attorney for Defendant
Progressive Mortgage, Inc.

Via 1st Class U.S. Mail
Isidoro Martinez
558 N. Crockett
San Benito, TX 78586
Pro Se

_____
Gene McCullough