IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 26 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PABLO NOYOLA, JR. AND § | |
| MARIA LETICIA NOYOLA § | |
| Plaintiffs § | |
| § | |
| VS. § | |
| § | |
| MERCEDES NATIONAL BANK, § | CIVIL ACTION NO. B-04-087 |
| PROGRESSIVE MORTGAGE, INC. § | JURY DEMAND |
| D/B/A KEY MORTGAGE, AND § | |
| ISIDRO MARTINEZ D/B/A TAILOR § | |
| MADE HOMES § | |
| Defendants § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MERCEDES NATIONAL BANK, a Defendant in the above-styled and numbered cause, and submits this Certificate of Interested Entities listing all persons or entities who Defendant believes are financially interested in the outcome of this litigation:

1. Plaintiff, Pablo Noyola.

2. Plaintiff, Maria L. Noyola.

2. Plaintiffs' counsel, Mr. Gene McCullough, McCullough and McCullough, P. O. Box 2244/323 E. Jackson, Harlingen, Texas 78551, 956-423-1234.

3. Defendant, Mercedes National Bank, 201 S. Texas, Mercedes, Texas 78570.

4. Defendant, Mercedes National Bank's counsel, Mr. Ricardo Morado, Roerig, Oliveira & Fisher, L.L.P., 855 W. Price Road, Suite 9, Brownsville, Texas 78520, 956-542-5666.

5. Defendant, Progressive Mortgage, Inc. d/b/a Key Mortgage.

6. Defendant, Progressive Mortgage, Inc. d/b/a Key Mortgage's counsel, Mr. Gilberto Hinojosa, 1713 Boca Chica Boulevard, Brownsville, Texas 78520, 956-544-6571.

7.   Defendant, Isidoro Martinez d/b/a Tailor Made Homes (Pro Se), 558 N. Crockett, San Benito, Texas 78586, (not served).

ROERIG, OLIVEIRA & FISHER, L.L.P.

855 West Price Road, Suite 9
Brownsville, Texas 78520
956/542-5666 (Telephone)
956/542-0016 (Telecopier)

By: _____
RICARDO MORADO
State Bar No.: 14417250
Federal I.D. No.: 1213

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been forwarded to the following:

Mr. Gene McCullough                                 *VIA CMRRR*
McCULLOUGH AND McCULLOUGH
P. O. Box 2244
323 E. Jackson
Harlingen, Texas 78551

Mr. Gilberto Hinojosa                               *VIA CMRRR*
1713 Boca Chica Boulevard
Brownsville, Texas 78520

Isidro Martinez d/b/a Tailor Made Homes             *VIA CMRRR*
558 N. Crockett
San Benito, Texas 78586

on this the _____ day of May, 2004.

_____
RICARDO MORADO

DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES
tinau/federal/23950.list of entities.                                       Page 2