IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PABLO NOYOLA, JR. AND <br> MARIA LETICIA NOYOLA <br> Plaintiffs <br><br> VS. <br><br> MERCEDES NATIONAL BANK, <br> PROGRESSIVE MORTGAGE, INC. <br> D/B/A KEY MORTGAGE, AND <br> ISIDRO MARTINEZ D/B/A <br> TAILOR MADE HOMES <br> Defendants | * <br> * <br> * <br> * <br> *  CIVIL ACTION NO. B-04-087 <br> *  JURY DEMAND <br> * <br> * <br> * <br> * <br> * <br> * |

**DEFENDANT PROGRESSIVE MORTGAGE, INC. D/B/A KEY MORTGAGE'S
CERTIFICATE OF INTERESTED PARTIES**

COMES NOW, Defendant, Progressive Mortgage, Inc. d/b/a Key Mortgage, in the above styled and numbered cause, and submits this Certificate of Interested Parties listing all persons or entities who Defendant believes are financially interested in the outcome of this litigation.

1. Plaintiff, Pablo Noyola;
2. Plaintiff Maria L. Noyola;
3. Plaintiff's counsel, Mr. Gene McCullough, McCullough and McCullough, P.O. Box 2244, 323 E. Jackson, Harlingen, Texas 78551, 956-423-1234;
4. Defendant Mercedes National Bank, 201 S. Texas, Mercedes, Texas 78570;
5. Defendant Mercedes National Bank's counsel, Mr. Ricardo Morado, Roerig, Oliveira & Fisher, L.L.P., 855 W. Price Road, Suite 9, Brownsville, Texas 78520, 956-542-5666;
6. Defendant Progressive Mortgage, Inc., d/b/a Key Mortgage;
7. Defendant, Progressive Mortgage, Inc. d/b/a Key Mortgage's counsel, Mr. Gilbert Hinojosa, Magallanes & Hinojosa, 1713 Boca Chica Blvd., Brownsville, Texas 78520, 956-544-6571;

8.  Defendant Isidro Martinez d/b/a Tailor Made Homes (Pro Se), 558 N. Crockett, San Benito, Texas 78586 (not served).

Respectfully submitted,

Magallanes & Hinojosa, P.C.

By: _____
Gilberto Hinojosa
Texas Bar No. 09701100
Fed. I.D. No. 3425
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Tel. (956)544-6571
Fax. (956)544-4290
Attorney for Defendant
PROGRESSIVE MORTGAGE, INC.,
D/B/A KEY MORTGAGE

## CERTIFICATE OF SERVICE

I certify that on June 2nd, 2004, a true and correct copy of the foregoing was served to each person listed below by the method indicated:

| | |
|---|---|
| Mr. Gene McCullough<br>MCCULLOUGH & MCCULLOUGH<br>P.O. Box 2244/323 East Jackson Street<br>Harlingen, Texas 78551-2244 | Via Fax (956) 423-4976 |
| Mr. Ricardo Morado<br>ROERIG, OLIVEIRA & FISHER, L.L.P.<br>855 West Price Road, Suite 9<br>Brownsville, Texas 78520-8786 | Via Fax (956) 544-4290 |
| Mr. Isidro Martinez d/b/a Tailor Made Homes<br>558 N. Crockett<br>San Benito, Texas 78586 | Via CM/RRR |

_____
Gilberto Hinojosa