IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND | § | |
| MARIA LETICIA NOYOLA | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-087 |
| | § | Jury Demanded |
| MERCEDES NATIONAL BANK, | § | |
| PROGRESSIVE MORTGAGE, INC. | § | |
| D/B/A KEY MORTGAGE AND | § | |
| ISIDORO MARTINEZ D/B/A | § | |
| TAILOR MADE HOMES, | § | |
| Defendants. | § | |

<u>**PLAINTIFF'S OPPOSED MOTION TO ABSTAIN AND TO REMAND**</u>

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

**NOW COME** Plaintiffs, Pablo Noyola, Jr. and Maria Leticia Noyola, as Movants herein, pursuant to 28 U.S.C. § 1447(c), and files this Motion To Abstain and To Remand this action previously removed from the District Court, Cameron County, Texas, and states as follows:

I.

A.   Removal of this action is not proper because not all Defendants have joined in the removal. The removal statute requires all served Defendants to join in the removal. 28 U.S.C. §1446(a). Isidoro Martinez D/B/A Tailor Made Homes has neither filed a notice of removal with this Court nor informed the Court of a consent to or joinder in the removal action filed. Mr. Martinez was served with citation on May 13, 2004, and his time to consent or to remove passed on June 12, 2004. A copy of the return of citation is attached as Exhibit "A".

B.   The subject matter is not exclusively within the jurisdiction of federal court. State

courts have concurrent jurisdiction over federal claims with the federal court unless (1) Congress provides that the federal courts have exclusive jurisdiction, or (2) there is a clear incompatibility between the state court jurisdiction and the federal interest. *Gulf Offshore Co. v. Mobil Oil Corp.*, 453 U.S. 473, 478, 101 S.Ct. 2870, 2875 (1981). Pursuant to the Fair Credit Reporting Act, 15 U.S.C. §1681p, an action "may be brought in United States District court ... or in any other court of competent jurisdiction". The Fair Credit Reporting Act, 15 U.S.C. §1681, does not grant an independent right for removal. Therefore removal on grounds of federal preemption is not warranted.

II.

A. Plaintiff further shows that Defendants had no plausible basis for claiming that this court had jurisdiction without joinder of the non consenting party. As such, the notice of removal served as an unnecessary and needless delay in the trial of this cause and greatly increased the cost of this litigation. Plaintiff respectfully moves this court to order any appropriate sanctions including, but not limited to, ordering Defendants to pay the amount of reasonable expenses incurred by Plaintiff in preparing and presenting this motion, including reasonable attorney's fees.

B. Plaintiff further respectfully moves this court to order Defendants to pay all costs, expenses and reasonable attorney's fees incurred by Plaintiff as a result of the removal action.

**WHEREFORE PREMISES CONSIDERED**, Plaintiffs, Pablo Noyola, Jr. and Maria Leticia Noyola, pray that the Court abstains from hearing this cause of action and remands the same to the District Court, Cameron County, Texas, for resolution on the merits, for recovery of all costs and disbursements, including attorney's fees, incurred by reason of the removal proceedings; and for such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,
McCullough & McCullough
P.O. Box 2244/323 E. Jackson
Harlingen, Texas 78551
Tel. (956)423-1234/Fax. (956)423-4976

By: /s/ McC
Arthur Eugene "Gene" McCullough
Attorney-in-Charge
Texas Bar No. 00794267
Federal ID No. 19292
Attorney for Plaintiffs
Pablo Noyola, Jr. and Maria Leticia Noyola

## CERTIFICATE OF CONFERENCE

This is to certify that on June 14, 2004, the undersigned attorney conferred with Ricardo Morado and Gilbert Hinojosa in good faith to resolve the issues surrounding this matter without court intervention, however those attempts failed because they failed to respond to our facsimile. Therefore, the matter is presented to the Court for determination.

/s/ McC
Arthur Eugene "Gene" McCullough

## CERTIFICATE OF SERVICE

I certify that on June 17, 2004 a true and correct copy of Plaintiff's Motion to Remand was served to each person listed below by the method indicated.

_____
Arthur Eugene "Gene" McCullough

Via 1st Class U.S. Mail
Ricardo Morado
ROERIG, OLIVERIA & FISHER, L.L.P.
855 West Price Road, Ste. 9
Brownsville, Texas 78520-8786
Attorney for Defendant
Mercedes National Bank

Via 1st Class U.S. Mail
Gilbert Hinojosa
MAGALLANES & HINOJOSA, P.C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Attorney for Defendant
Progressive Mortgage, Inc.

Via 1st Class U.S. Mail
Isidoro Martinez
d/b/a Tailor Made Homes
558 N. Crockett
San Benito, Texas 78586

SERVICE TO BE EXECUTED AS PER ATTACHED CERTIFIED COPY OF ORDER.



EXHIBIT A

Citation for Personal Service - GENERAL    Lit. Seq. #

No. 2004-04-001973-D

ORIGINAL

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: ISIDRO MARTINEZ
PLACE OF BUSINESS:
558 N. CROCKETT
SAN BENITO, TEXAS 78586

the     DEFENDANT    , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS' ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said    PETITION    was filed on   APRIL 12, 2004  . A copy of same accompanies this citation.

The file number of said suit being No. 2004-04-001973-D.

The style of the case is:

PABLO NOYOLA, JR. & MARIA LETICIA NOYOLA
VS.
MERCEDES NATIONAL BANK, ET AL

Said petition was filed in said court by    HON. GENE MCCULLOUGH   (Attorney for    PLAINTIFF   ), whose address is P O BOX 2244 HARLINGEN, TX 78551-2244                    .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the  7th  day of    MAY   , A.D. 2004.

RETURN OF OFFICER

Came to hand the 7th day of May, 2004, at 4:30 o'clock P.M., and executed (not executed) on the 13th day of May, 2004, by delivering to Isidoro Martin * Rule 106 in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Orgl Pet. h                                     .

Cause of failure to execute this citation is: _____

_____

FEES serving 1 copy

Total....... $ 45.00

Fees paid by: Gene McCullough

Sheriff/constable _____ Com St Civil Process _____ County, TEXAS

By _____ Deputy

CERTIFIED COPY

NO. 2004-04-1973-D

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND MARIA LETICIA NOYOLA<br>Plaintiffs, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | 103rd JUDICIAL DISTRICT |
| MERCEDES NATIONAL BANK, PROGRESSIVE MORTGAGE, INC. D/B/A KEY MORTGAGE AND ISIDORO MARTINEZ D/B/A TAILOR MADE HOMES<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ | OF CAMERON COUNTY, TEXAS |

### ORDER GRANTING
### MOTION FOR SUBSTITUTED SERVICE

On _May 6, 2004_, the Court considered Plaintiffs' Motion for Substituted Service on Defendant, Isidoro Martinez d/b/a Tailor Made Homes.

The Court finds that as to Defendant, Isidoro Martinez d/b/a Tailor Made Homes:

1. The facts set forth in the affidavit of Gabe Vega are accepted as true and incorporated herein as if set forth at length.
2. Gabe Vega exercised due diligence to serve process on Defendant, Isidoro Martinez d/b/a Tailor Made Homes at 217 W. Williamson, Harlingen, Texas 78520.
3. The manner of service ordered herein will be reasonably effective in giving Defendant, Isidoro Martinez d/b/a Tailor Made Homes, notice of the suit.

**IT IS THEREFORE ORDERED** that service of citation may be made on Defendant, Isidoro Martinez d/b/a Tailor Made Homes, by leaving a copy of the citation, with a copy of the petition and a copy of this order attached, with any person 16 years of age or older at Defendant's usual place of business: 558 N. Crockett, San Benito, Texas 78586.

**IT IS FURTHER ORDERED** that proof of service shall be made by the person executing the return, stating when the citation was served, on whom it was served, and where it was served.

SIGNED on _May 6_ 2004.

_____
JUDGE PRESIDING

05/07/04 COPIES TO:
HON. GENE MCCULLOUGH

TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY TEXAS
DATE 5-7-04
BY _____ DEPUTY

FILED _9-00_ O'CLOCK _A_ M
AURORA DE LA GARZA DIST CLERK
APR - 7 2004
DISTRICT COURT OF CAMERON COUNTY, TEXAS

# CIVIL PROCESS RETURN

CAME TO HAND on the 7th day of May, 2004, at 4:30 P.m. and ~~executed~~ / not executed on the 13 day of May, 2004, by Delivering a true copy of the citation together with the affixed:

✓ Plaintiff's Original Petition   To: Isidoro Martinez

___ Temporary Restraining Order   558 N. Crockett

___ Order Setting Hearing   San Benito, TX 78586

___ Motion to Modify   * Rule 106 Substituted Service

___ Other _____

Cause No. 2004-04-1973-D, Noyola & Noyola vs. Mercedes National Bank, ET AL in the 103rd Judicial District court Cameron County, Texas. Failure to execute citation is: _____

Fees for serving (1) copy:

Total: $ 45.00

Paid By: Gene McCullough

By: /s/ Gabriel Vega, Jr.
943 N. Expy. #15-165
Brownsville, Texas 78520
(956)546-1216

STATE OF TEXAS
COUNTY OF CAMERON
BEFORE ME, the undersigned notary public, on this day personally appeared Gabriel Vega, Jr. who deposed and says: that he is over the age of (18) eighteen years: that he is a disinterested party in the above mentioned action: and that he served the above defendant with process at the time and the place described above.
SWORN TO AND SUBSCRIBED BEFORE ME ON THE /3 day of May 2004.

_____
Notary public in and for the
State of Texas

THERESE ANNE BERUBE
Notary Public
STATE OF TEXAS
My Comm Exp 12-06-2007

## AFFIDAVIT OF GENE MCCULLOUGH

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF CAMERON** | § |

BEFORE ME, the undersigned authority, on this day personally appeared Gene McCullough, who swore under oath that the following facts are true:

"My name is Gene McCullough. I am more than eighteen years of age, of sound mind, and fully competent to make this affidavit.

I am an attorney licensed to practice in the State of Texas.

Pablo Noyola and Maria Leticia Noyola retained me to represent it in this suit for deceptive trade practices.

Pablo Noyola and Maria Leticia Noyola retention of me on this case precluded me from accepting other employment.

The novelty and difficulty of the questions involved in this case required that I spend 10.3 hours obtaining a remand of this case.

My hourly wage is $ 175.00 for my services on this case, which came to a total of $ 1,802.50 . These fees were reasonable for the services performed.

The fee that I charged is one customarily charged in this area for the same or similar services for an attorney with my experience, reputation, and ability, considering the type of controversy, the time limitations imposed, the results obtained, and the nature and length of my relationship with Pablo Noyola and Maria Leticia Noyola."

GENE McCULLOUGH

SWORN TO AND SUBSCRIBED before me by Gene McCullough on the 16 day of June 16 , 2004.



Therese Berube
Notary Public in and for the
State of Texas

