

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |

PABLO NOYOLA, JR., et al            §

*versus*                             §        CIVIL ACTION NO. B: 04-87

MERCEDES NATIONAL BANK, et al   §

### Order Resetting Conference

The initial pre-trial conference set for *September 13, 2004,* has been reset to:

### September 14, 2004 at 9:30 a.m.

Signed on __August 19__, 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge