IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 13 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Pablo Noyola, Jr. and Maria Leticia Noyola | § § | |
| versus | § § | CIVIL ACTION B-04-87 |
| Mercedes National Bank, Progressive Mortgage, Inc. D/B/A Key Mortgage, And Isidro Martinez D/B/A Tailor Made Homes | § § § § | |

## NOTICE OF APPEARANCE OF COUNCIL

1. Progressive Mortgage, Inc. D/B/A Key Mortgage, designates **EDGAR JUAREZ** as an attorney in accordance with the local rules for the United States District Court Southern District of Texas

2. **EDGAR JUAREZ** is a member in good standing with the State Bar of Texas and is admitted to practice before this court.

3. **EDGAR JUAREZ**'s State Bar number is 24038986 and his office address, telephone, and fax are as follows: 1713 Boca Chica Blvd, Brownsville, Texas 78520, Telephone 956/544-6571, Facsimile 956/544-4290

Respectfully submitted.

Edgar Juarez
State Bar No. 24038986
Federal ID # 38888
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Telephone 956/544-6571
Facsimile 956/544-4290

## CERTIFICATE OF SERVICE

I certify that I sent a copy of Notice Of Appearance to each party's attorney listed below on September 13, 2004, by facsimile and regular mail.

Fax: 956/423-4976
Gene McCullough
Counsel for Plaintiffs Maria Leticia & Pablo Noyola
P.O. Box 2244
Harlingen, Texas 78551-2244

Fax: 956/542-0016
Ricardo Morado
Counsel for Defendant Mercedes National Bank
855 West Price Road, Ste. 9
Brownsville, Texas 78520-8786

_____
Edgar Juarez