# UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| <u>**PABLO NOYOLA & MARIA LETICIA NOYOLA**</u> | § | |
| *versus* | § | Civil Action No. B- <u>04-87</u> |
| <u>**MERCEDES NATIONAL BANK, ET AL**</u> | § | |

United States District Court
Southern District of Texas
FILED

SEP 1 4 2004

Michael N. Milby, Clerk of Court

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a District Judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *[signature]* GENE McCULLOUGH | Pablo & Maria L. Noyola | 9/14/04 |
| *[signature]* RICARDO MORADO | Mercedes National Bank | 9/14/04 |
| *[signature]* EDGAR JUAREZ/GILBERTO HINOJOSA | Progressive Mortgage, Inc. d/b/a Key Mortgage | 9/14/04 |
| | Isidro Martinez d/b/a Tailor Made Homes | |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge **Felix Recio** to conduct all further proceedings, including final judgment.

9/14/04
Date

*[signature]*
United States District Judge

**NOTE**: *RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.*