# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 4 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| PABLO NOYOLA, ET AL | * | |
| vs | * | CIVIL ACTION NO. B-04-087 |
| | | (636(c)) |
| MERCEDES NATIONAL BANK, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## INITIAL PRETRIAL & SCHEDULING CONFERENCE

### September 30, 2004, at 2:00 p.m.

## BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:     U.S. Federal Building & Courthouse
           600 E. Harrison, 2nd Floor
           Brownsville, TX 78520
           956/548-2701

## BY ORDER OF THE COURT

September 14, 2004

cc:     All Counsel