AMENDED NOTICE

United States District Court
Southern District of Texas
ENTERED

SEP 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PABLO NOYOLA, ET AL | * | |
| vs | * | CIVIL ACTION NO. B-04-087 (636(c)) |
| MERCEDES NATIONAL BANK, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## INITIAL PRETRIAL & SCHEDULING CONFERENCE
## AND
## HEARING ON MOTION TO REMAND

September 30, 2004, at 2:00 p.m.

### BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520
         956/548-2701

BY ORDER OF THE COURT

September 22, 2004

cc:   All Counsel