IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 3 0 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Pablo Noyola, Jr. and Maria Leticia Noyola | § | |
| | § | |
| versus | § | CIVIL ACTION B-04-87 |
| | § | |
| Mercedes National Bank, | § | |
| Progressive Mortgage, Inc. D/B/A | § | |
| Key Mortgage, And Isidro Martinez | § | |
| D/B/A Tailor Made Homes | § | |

### MOTION TO PERMIT APPEARANCE AS COUNSEL FOR DEFENDANT PROGRESSIVE MORTGAGE, INC. D/B/A KEY MORTGAGE FOR PURPOSES OF REMAND HEARING

1. Progressive Mortgage, Inc. D/B/A Key Mortgage, designates **J.A. MAGALLANES** as attorney for purposes of Remand Hearing in accordance with the local rules for the United States District Court Southern District of Texas.

2. **J.A. MAGALLANES** is a member of the Law Firm of Magallanes & Hinojosa, P.C..

3. **J.A. MAGALLANES** is a member in good standing with the State Bar of Texas and is admitted to practice before this court.

4. **J.A. MAGALLANES**'s State Bar number is 12809500 and his office address, telephone, and fax are as follows: 1713 Boca Chica Blvd, Brownsville, Texas 78520, Telephone 956/544-6571, Facsimile 956/544-4290

Respectfully submitted.
**MAGALLANES & HINOJOSA, P.C.**

1713 Boca Chica Blvd.
Brownsville, Texas 78520
Tel: (956) 544-6571
Fax: (956) 544-4290

By: 
J.A. Magallanes
State Bar No. 12809500
Federal Bar No. 2258

## CERTIFICATE OF SERVICE

I certify that I sent a copy of the foregoing document to each party's attorney listed below on September 30, 2004, by facsimile and regular mail.

**Fax: 956/423-4976**
Gene McCullough
Counsel for Plaintiffs Maria Leticia & Pablo Noyola
P.O. Box 2244
Harlingen, Texas 78551-2244

**Fax: 956/542-0016**
Ricardo Morado
Counsel for Defendant Mercedes National Bank
855 West Price Road, Ste. 9
Brownsville, Texas 78520-8786

J.A. Magallanes