United States District Court
Southern District of Texas
FILED

SEP 3 0 2004

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Pablo Noyola, Jr. and Maria Leticia Noyola | § | |
| | § | |
| versus | § | CIVIL ACTION B -04-87 |
| | § | |
| Mercedes National Bank, | § | |
| Progressive Mortgage, Inc. D/B/A | § | |
| Key Mortgage, And Isidro Martinez | § | |
| D/B/A Tailor Made Homes | § | |

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _Dahimada_

## ORDER GRANTING MOTION TO PERMIT APPEARANCE AS COUNSEL FOR DEFENDANT PROGRESSIVE MORTGAGE, INC. D/B/A KEY MORTGAGE FOR PURPOSES OF REMAND HEARING

On _9/30/04_, the Court considered the Defendant's Motion to Permit Appearance as Counsel for Defendant Progressive Mortgage, Inc., d/b/a Key Mortgage for Purposes of Remand Hearing.

The Court finds that Defendant's Motion to Permit Appearance as Counsel for Defendant Progressive Mortgage, Inc., d/b/a Key Mortgage for Purposes of Remand Hearing is not sought for delay only and should be **GRANTED**.

**IT IS THEREFORE ORDERED**, that J.A. Magallanes is permitted to appear as counsel for Purposes of Remand Hearing.

**SIGNED FOR ENTRY** this _30th_ day of _September_, 2004.

_____
Magistrate Judge