COURTROOM MINUTES: **Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

| | |
|---|---|
| Courtroom Clerk: | L M Villarreal |
| ERO: | Rosie D'Venturi |
| Law Clerk: | Jason Scott |
| CSO: | Manuel Agado |

United States District Court
Southern District of Texas
FILED

SEP 30 2004

Michael N. Milby, Clerk of Court

Date: September 30, 2004, 2:25 p.m. to 2:41 p.m.

---

# C.A. NO. B04-087 (636(c))

| | | |
|---|---|---|
| PABLO NOYOLA, ET AL | * | Gene McCullough |
| VS | * | |
| MERCEDES NATIONAL BANK | * | Ricardo Morado |
| | | |
| PROGRESSIVE MORTGAGE, INC. | * | Gilberto Hinojosa & Edgar Juarez |
| | | |
| ISIDRO MARTINEZ | * | |
| D/B/A TAILOR MADE HOMES | | |

---

### SCHEDULING CONFERENCE & HEARING ON MOTION TO REMAND

Attorney McCullough appeared for Plaintiffs; attorney Morado appeared for MERCEDES NATIONAL BANK; and attorney J. A. Magallanes filed a Motion to Permit Appearance as Counsel for Defendant PROGRESSIVE MORTGAGE for Purposes of the Remand Hearing. Attorney Magallanes' motion was granted.

The parties agreed to the docket dates. A scheduling order will be issued.

Attorney McCullough made his presentation on the Motion to Remand.

Ricardo Morado, attorney for MERCEDES NATIONAL BANK, responded to the Motion to Remand. J. A. Magallanes, attorney for PROGRESSIVE MORTGAGE, adopted PROGRESSIVE MORTGAGE's response.

Motion to Remand DENIED. Order signed and filed.