IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND | § | |
| MARIA LETICIA NOYOLA | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | |
| | § | |
| MERCEDES NATIONAL BANK, | § | CIVIL ACTION NO. B-04-087 |
| PROGRESSIVE MORTGAGE, INC. | § | JURY DEMAND |
| D/B/A KEY MORTGAGE, AND | § | |
| ISIDRO MARTINEZ D/B/A TAILOR | § | |
| MADE HOMES | § | |
| Defendants | § | |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO DESIGNATE ISIDRO MARTINEZ, D/B/A TAILOR MADE HOMES AS RESPONSIBLE THIRD PARTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MERCEDES NATIONAL BANK, a Defendant in the above-styled and numbered cause, and respectfully moves the Court pursuant to Section 33.004 of the Civil Practice and Remedies Code for designation of Isidro Martinez, d/b/a Tailor Made Homes as a responsible third party, and for such would respectfully show the Court as follows:

### I. INTRODUCTION

1.01. This case presents claims for negligence, fraud, deceptive trade practices, negligent

misrepresentation and other causes of action against the Mercedes National Bank, Progressive Mortgage Company and Isidro Martinez. The Plaintiffs, Pablo and Maria Noyola, hired Isidro Martinez, d/b/a Tailor Made Homes, to construct a house in Harlingen, Texas. Mercedes National Bank provided the interim or construction financing and Progressive Mortgage was to provide long-term financing. Plaintiffs experienced problems during the construction of the house, which remains incomplete at this time. Plaintiffs sued Defendants asserting various claims as detailed above.

1.02. Mercedes National Bank and Progressive Mortgage have been served and have appeared for all purposes. Isidro Martinez, d/b/a Tailor Made Homes has been served, but has failed to appear. Since Isidro Martinez, d/b/a Tailor Made Homes was contractually responsible for constructing Plaintiffs' house, had direct dealings with Plaintiffs, and allegedly failed to meet his obligations or comply with his representations, Mercedes National Bank contends that Isidro Martinez, d/b/a Tailor Made Homes is responsible, in whole or in part, for Plaintiffs' damages, if any.

## II. APPLICABLE LAW

2.01. This is a case which was filed after July 1, 2003. Pursuant to Section 33.003 of the Texas Civil and Practice and Remedies Code, the trier of fact will be asked to assess a percentage of responsibility as to each claimant, each defendant, each settling person, and each responsible third party who has been designated under Section 33.004.

Section 33.004(a) of the Texas Civil Practice and Remedies Code states:

>A defendant may seek to designate a person as a responsible third party by filing a motion for leave to designate that person as responsible third party. The motion must be filed on or before the sixtieth day before the trial date unless the Court finds good cause to allow the motion to be filed at a later date.

The statute goes on to provide in subsection (f) that a "Court shall grant leave to designate the named person as a responsible third party unless another party files an objection to this motion for leave on or before the fifteenth day after the date the motion is served." Even if an objection to the motion for leave is timely filed, the Court shall grant leave to designate the person as a responsible third party unless the objecting party establishes that:

1)   The Defendant did not plead sufficient facts concerning the alleged responsibility of the person to satisfy the pleading requirement of the Texas Rules of Civil Procedure; and

2)   After having been granted leave to replead the defendant failed to plead sufficient facts concerning the alleged responsibility of the person to satisfy the pleading requirements of the Texas Rules of Civil Procedure. Texas Civil Practice and Remedies Code Section 33.004(g).

There is no provision in the code permitting a Court to refuse to grant a motion as to a potentially "responsible third party" once the Movant meets the criteria of Section 33.004. 2.02. This motion is made more than sixty days prior to trial. The proposed "responsible third party" herein has previously been named as a party to this lawsuit. As the Civil Practice and Remedies Code indicates in Section 33.011(6), a "responsible third party means any person who is alleged to have caused or contributed to causing in any way the harm for which recovery of damages is sought, whether by negligent act or omission, by any defective

or unreasonably dangerous product, by other conduct or activity that violates an applicable legal standard, or by any combination of these." Movants have pleaded facts herein which, if proven, meet this definition.

### III.

3.01. Counsel for Movant conferred with Plaintiffs' counsel on November 16, 2004, regarding the merits of this motion. Plaintiffs do not oppose this motion. Counsel for Movants conferred with counsel for Progressive Mortgage, Inc., on November 17, 2004; who indicated that his client also did not oppose to this motion. This motion is submitted unopposed.

WHEREFORE, PREMISES CONSIDERED, Defendant MERCEDES NATIONAL BANK prays that the Court grant this Unopposed Motion for Leave to Designate Isidro Martinez, d/b/a Tailor Made Homes as a responsible third party and grant them such other and further relief, at law or an equity, to which they may demonstrate themselves justly entitled.

Respectfully submitted,

By: _____
RICARDO MORADO
State Bar No. 14417250
Federal Bar No. 1213
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

ATTORNEYS FOR MERCEDES NATIONAL BANK

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served in accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure by via Certified Mail, Return Receipt Requested to the following parties on November 17, 2004:

| | |
|---|---|
| Mr. Gene McCullough<br>McCULLOUGH AND McCULLOUGH<br>P. O. Box 2244<br>323 E. Jackson<br>Harlingen, Texas 78551 | *VIA CMRRR* |
| Mr. Edgar Juarez<br>Mr. Gilberto Hinojosa<br>MAGALLANES & HINOJOSA, P.C.<br>1713 Boca Chica Boulevard<br>Brownsville, Texas 78520 | *VIA CMRRR* |

_____
RICARDO MORADO

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO DESIGNATE ISIDRO MARTINEZ D/B/A TAILOR MADE HOMES
AS RESPONSIBLE THIRD PARTY
tinan/federal/23950.Designate 3rd party

Page 5