IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND | § | |
| MARIA LETICIA NOYOLA | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | |
| | § | |
| MERCEDES NATIONAL BANK, | § | CIVIL ACTION NO. B-04-087 |
| PROGRESSIVE MORTGAGE, INC. | § | JURY DEMAND |
| D/B/A KEY MORTGAGE, AND | § | |
| ISIDRO MARTINEZ D/B/A TAILOR | § | |
| MADE HOMES | § | |
| Defendants | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO DESIGNATE ISIDRO MARTINEZ D/B/A TAILOR MADE HOMES AS RESPONSIBLE THIRD PARTY

On the _____ day of _____, 2004, came on to be considered Defendant's Unopposed Motion for Leave to Designate Isidro Martinez, d/b/a Tailor Made Homes as Responsible Third Party in the above-styled and numbered cause of action. After considering said Motion, the Court is of the opinion that said Unopposed Motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Defendant is hereby granted leave to designate Isidro Martinez, d/b/a Tailor Made Homes as a responsible third party in accordance with §33.004 of the Texas Civil Practice and Remedies Code.

**SIGNED FOR ENTRY** this _____ day of _____, 2004.

_____
UNITED STATE DISTRICT JUDGE

cc:  Mr. Ricardo Morado
     Mr Gene McCullough
     Mr. Edgar Juarez

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO DESIGNATE ISIDRO MARTINEZ D/B/A TAILOR MADE HOMES
AS RESPONSIBLE THIRD PARTY
tinua/federal/23950.Designate 3rd party

Page 6