IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND<br>MARIA LETICIA NOYOLA<br>Plaintiffs | §<br>§<br>§<br>§ | |
| VS. | §<br>§ | |
| MERCEDES NATIONAL BANK,<br>PROGRESSIVE MORTGAGE, INC.<br>D/B/A KEY MORTGAGE, AND<br>ISIDRO MARTINEZ D/B/A TAILOR<br>MADE HOMES<br>Defendants | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-087<br>JURY DEMAND |

## ORDER SETTING HEARING

A hearing on Defendant MERCEDES NATIONAL BANK's Unopposed Motion for Leave to Designate Isidro Martinez, d/b/a Tailor Made Homes as Responsible Third Party is hereby set for the _____ day of _____, 2004, at ___ o'clock, __.m.

SIGNED this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

cc:   Mr. Ricardo Morado
      Mr. Gene McCullough
      Mr Edgar Juarez