IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 24 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| PABLO NOYOLA, JR. AND<br>MARIA LETICIA NOYOLA<br>Plaintiffs<br><br>VS.<br><br>MERCEDES NATIONAL BANK,<br>PROGRESSIVE MORTGAGE, INC.<br>D/B/A KEY MORTGAGE, AND<br>ISIDRO MARTINEZ D/B/A TAILOR<br>MADE HOMES<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO. B-04-087
JURY DEMAND    (636c))

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO DESIGNATE ISIDRO MARTINEZ D/B/A TAILOR MADE HOMES AS RESPONSIBLE THIRD PARTY

On the 23rd day of November, 2004, came on to be considered Defendant's Unopposed Motion for Leave to Designate Isidro Martinez, d/b/a Tailor Made Homes as Responsible Third Party in the above-styled and numbered cause of action. After considering said Motion, the Court is of the opinion that said Unopposed Motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Defendant is hereby granted leave to designate Isidro Martinez, d/b/a Tailor Made Homes as a responsible third party in accordance with §33.004 of the Texas Civil Practice and Remedies Code.

**SIGNED FOR ENTRY** this 23rd day of November, 2004.

_____
UNITED STATES MAGISTRATE JUDGE

cc    Mr Ricardo Morado
      Mr Gene McCullough
      Mr Edgar Juarez