UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 0 2004

Michael N. Milby
Clerk of Court

PABLO NOYOLA, JR. AND
MARIA LETICIA NOYOLA

vs.

CIVIL ACTION NO. B-04-087

MERCEDES NATIONAL BANK,
PROGRESSIVE MORTGAGE, INC. D/B/A
KEY MORTGAGE, AND ISIDRO
MARTINEZ D/B/A TAILOR MADE HOMES

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME Plaintiffs, Pablo Noyola, Jr. and Maria Leticia Noyola, as Plaintiffs herein, files the Motion for Leave to Amend Complaint and shows as follows:

1. Movants seek leave to amend their complaint against Mercedes National Bank and Progressive Mortgage, Inc. D/B/A Key Mortgage, Defendants. A copy of the proposed Amended Complaint is attached as Exhibit "A".

2. Defendant Isidro Martinez D/B/A Tailor Made Homes has defaulted, by not appearing. Pursuant FRCP 5, Defendant Martinez is not being served with this Amended Complaint as it does not assert new or additional claims for relief against him.

3. Wherefore, Plaintiffs move, pursuant to FRCP 15 (a) for leave to amend the complaint.

Respectfully submitted,
McCullough & McCullough
P.O. Box 2244/323 E. Jackson
Harlingen, Texas 78551
Tel. (956)423-1234/Fax (956)423-4976

By:_____
Arthur Eugene "Gene" McCullough
Attorney-in-Charge
Texas Bar No. 00794267
Federal ID No. 19292
Attorney for Plaintiffs
Pablo Noyola, Jr. and Maria Leticia Noyola

## CERTIFICATE OF SERVICE

    I certify that on December 17, 2004, a true and correct copy of *Plaintiffs' Motion for Leave to Amend Complaint* was served to each person listed below by the method indicated.

_____
Arthur Eugene "Gene" McCullough

<u>Via 1st Class U.S. Mail and</u>
<u>Via Fax (956) 542-0016</u>
Ricardo Morado
ROERIG, OLIVERIA & FISHER, L.L.P.
855 West Price Road, Ste. 9
Brownsville, Texas 78520-8786
Attorney for Defendant
Mercedes National Bank


<u>Via 1st Class U.S. Mail and</u>
<u>Via Fax (956) 544-4290</u>
Edgar Juarez
Gilbert Hinojosa
MAGALLANES & HINOJOSA, P.C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Attorney for Defendant
Progressive Mortgage, Inc.