UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PABLO NOYOLA, JR. AND
MARIA LETICIA NOYOLA

vs.

CIVIL ACTION NO. B-04-087

MERCEDES NATIONAL BANK,
PROGRESSIVE MORTGAGE, INC. D/B/A
KEY MORTGAGE, AND ISIDRO
MARTINEZ D/B/A TAILOR MADE HOMES

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

The above and foregoing Plaintiffs' Motion For Leave To Amend Plaintiffs' Complaint is GRANTED and Plaintiffs, Pablo Noyola, Jr. and Maria Leticia Noyola, are given leave to file their First Amended Complaint.

SIGNED on _____ , 200___ .

_____
JUDGE PRESIDING