IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern Dis... of Texas
FIL...

DEC 2 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PABLO NOYOLA, JR. AND § <br> MARIA LETICIA NOYOLA § <br> **Plaintiffs** § <br> § <br> VS. § <br> § <br> MERCEDES NATIONAL BANK, § <br> PROGRESSIVE MORTGAGE, INC. § <br> D/B/A KEY MORTGAGE, AND § <br> ISIDRO MARTINEZ D/B/A TAILOR § <br> MADE HOMES § <br> **Defendants** § | CIVIL ACTION NO. B-04-087 <br> JURY DEMAND |

## UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the MERCEDES NATIONAL BANK, Defendant in this cause, and makes this unopposed motion pursuant to Rule 15 of the Federal Rules of Civil Procedure, requesting leave of court to file its First Amended Answer, and for such would respectfully show as follows:

I.

On or about December 17, 2004, Plaintiffs filed their First Amended Complaint asserting various general claims against this Defendant and served said defendant with process on or about December 20, 2004. Given that Plaintiffs have made more specific allegations in their lawsuit against this defendant, Defendant seeks to file its First Amended Answer in defense of the claims asserted by Plaintiffs.

Defendant attaches hereto its First Amended Answer. Defendant's counsel spoke with

Plaintiffs' counsel on December 16, 2004, about this motion; Plaintiffs' counsel is unopposed to the same. Counsel for Co-Defendant, Progressive Mortgage, Inc., is also unopposed to this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court grant it leave to file its First Amended Answer as attached hereto.

Respectfully submitted,

**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas  78520
(956) 542-5666
(956) 542-0016 (fax)

Attorneys for Defendant

By _____
Ricardo Morado
Texas State Bar #14417250
Federal I.D. No. 1213

## CERTIFICATE OF CONFERENCE

On December 16, 2004, I conferred with Mr. Arthur Eugene "Gene" McCullough, counsel for Plaintiffs, and on December 22, 2004, with Mr. Edgar Juarez, counsel for Progressive Mortgage, Inc., as to their position on this motion. Mr. McCullough and Mr. Juarez do not oppose this motion.

_____
Ricardo Morado

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the ___23rd___ day of December, 2004, true and correct copies of the foregoing Motion was deposited with the U.S. Postal service, postage prepaid, to counsel of record as follows:

Mr. Gene McCullough                               ***VIA CMRRR***
McCULLOUGH AND McCULLOUGH
P. O. Box 2244
323 E. Jackson
Harlingen, Texas 78551

Mr. Edgar Juarez                                  ***VIA CMRRR***
Mr. Gilberto Hinojosa
MAGALLANES & HINOJOSA, P.C.
1713 Boca Chica Boulevard
Brownsville, Texas 78520

                                                  _____
                                                  Ricardo Morado