IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND | § | |
| MARIA LETICIA NOYOLA | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | |
| | § | |
| MERCEDES NATIONAL BANK, | § | CIVIL ACTION NO. B-04-087 |
| PROGRESSIVE MORTGAGE, INC. | § | JURY DEMAND   (636(c)) |
| D/B/A KEY MORTGAGE, AND | § | |
| ISIDRO MARTINEZ D/B/A TAILOR | § | |
| MADE HOMES | § | |
| Defendants | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE OF COURT

The Court, having considered Defendant's Unopposed Motion For Leave of Court To File First Amended Answer, and the record in this cause, is of the opinion that Defendant's motion should be granted.

IT IS, THEREFORE, ORDERED that Defendant is hereby granted leave of court to file its First Amended Answer and that the District Clerk shall file the same.

DONE this 27th day of December, 2004, in Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

cc:
Mr. Ricardo Morado
Roerig, Oliveira & Fisher, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Fax No. (956) 542-0016

Mr. Gene McCullough
McCULLOUGH AND McCULLOUGH
P. O. Box 2244
323 E. Jackson
Harlingen, Texas 78551

Mr. Edgar Juarez
Mr. Gilberto Hinojosa
MAGALLANES & HINOJOSA, P.C.
1713 Boca Chica Boulevard
Brownsville, Texas 78520