UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 27 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

PABLO NOYOLA, JR. AND
MARIA LETICIA NOYOLA

vs.

MERCEDES NATIONAL BANK,
PROGRESSIVE MORTGAGE, INC. D/B/A
KEY MORTGAGE, AND ISIDRO
MARTINEZ D/B/A TAILOR MADE HOMES

CIVIL ACTION NO. B-04-087
(636(c))

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

The above and foregoing Plaintiffs' Motion For Leave To Amend Plaintiffs' Complaint is GRANTED and Plaintiffs, Pablo Noyola, Jr. and Maria Leticia Noyola, are given leave to file their First Amended Complaint.

SIGNED on Dec. 27, 2004.

JUDGE PRESIDING