United States District Court
Southern District of Texas
FILED

JAN 1 9 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PABLO NOYOLA, JR. AND <br> MARIA LETICIA NOYOLA <br> Plaintiffs <br><br> VS. <br><br> MERCEDES NATIONAL BANK, <br> PROGRESSIVE MORTGAGE, INC. <br> D/B/A KEY MORTGAGE, AND <br> ISIDRO MARTINEZ D/B/A <br> TAILOR MADE HOMES <br> Defendants | * <br> * <br> * <br> * <br> *    CIVIL ACTION NO. B-04-087 <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

### DEFENDANT PROGRESSIVE MORTGAGE, INC.'S INITIAL DISCLOSURES PURSUANT TO RULE 26 A FEDERAL RULES OF CIVIL PROCEDURE

TO:  Pablo Noyola, Jr. and Maria Leticia Noyola, Plaintiffs
     by and through their attorney of record
     Mr. Gene McCullough
     MCCULLOUGH & MCCULLOUGH
     P.O. Box 2244/323 East Jackson Street
     Harlingen, Texas 78551-2244

     Mercedes National Bank
     Mr. Ricardo Morado
     ROERIG, OLIVEIRA & FISHER, L.L.P.
     855 West Price Road, Suite 9
     Brownsville, Texas 78520-8786

     Mr. Isidro Martinez d/b/a Tailor Made Homes    Via CM/RRR
     558 N. Crockett
     San Benito, Texas 78586

     COME NOW, **PROGRESSIVE MORTGAGE INC.** and pursuant to Rule 26 of the

Federal Rules of Civil Procedure hereby submit their initial disclosures.

## I. RESERVATION OF PRIVILEGES

The following Rule 26(a)(6) disclosures are submitted subject to and without waiving any Defense of Defendant Progressive Mortgage, Inc and right to assert as to any document or communication all applicable privileges and exemptions to disclosure pursuant to any applicable statute or rule of procedure, including, by not limited to, the attorney/client privilege, the attorney work product privilege, the party communication privilege and the consulting expert privilege.

## II. INCORPORATION OF OTHER RULE 26 DISCLOSURES

Defendant Progressive Mortgage, Inc incorporates all person designated by all other parties to this action as persons who may have knowledge of information relevant to the factual issues presented by

this action.

## III. RULE 26 DISCLOSURES

### A. WITNESSES

Name, address, and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claim or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:**

**Ruby Cantu, Mary Lamas, Dina Solis, Lillian Kim**
**1313 Alton Gloor, Suite A**
**Brownsville, Texas 78521**
**(956) 544-5397**
**Employees of Key Mortgage originated until application for permanent financing on a loan for the name in question.**

**Isidro Martinez**
**d/b/a Tailor Made Homes**
**558 N. Crockett**

San Benito, Texas 78586
Isidro Martinez was the contractor who was to build the home in question.

Yvette Perez
Mercedes National Bank
201 South Texas
Mercedes, Texas 78570
(956) 565-2485
Loan Processor that processed loan for Plaintiffs.

Cheryl Bellamy
Mercedes National Bank
201 South Texas
Mercedes, Texas 78570
(956) 565-2485
Mercedes National Bank President.

Arturo C. Nelson
Attorney at Law
3505 Boca Chica Blvd, Suite 434
Brownsville, Texas 78521
(956) 541-3601

Juan A. Magallanes
Magallanes & Hinojosa, P.C.
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571

Gilberto Hinojosa
Magallanes & Hinojosa, P.C.
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571

All the above attorneys will testify as to the reasonable and necessary attorneys fees incurred by Defendant in the defense of the instant case from the trial level to the appellate level, including the reasonable and necessary charges for such services in Cameron County, Texas.

Defendant reserves the right to supplement this answer if necessary.

B. DOCUMENTS

A copy of, or description by category and location of, all documents, data compilations, and

tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claim or defense, unless solely for impeachment.

**RESPONSE:**

 **Will supplement.**

### C. COMPUTATION OF DAMAGES

 Information related to Calculation of damages.

**RESPONSE:**

 **All attorneys identified will testify as to the reasonable and necessary attorneys fees incurred by Defendant in the defense of the instant case from the trial level to the appellate level, including the reasonable and necessary charges for such services in Cameron County, Texas.**
**Defendant reserves the right to supplement this answer if necessary.**

### D. INSURANCE POLICIES

 Information related to insurance policy.

**RESPONSE:**
**Defendant's Insurance policy, if any, will follow.**

### F. EXPERTS

 The identity of any person who may be used at trial to present evidence under rule 702, 703, or 705 of the Rules of Evidence.

**RESPONSE:**

**Lillian Kim, Ruby Cantu**
**1313 Alton Gloor, Suite A**
**Brownsville, Texas 78521**
**(956) 544-5397**

**All qualifications are attached. Report will be supplemented. Compensation has not been determined**

Respectfully submitted,

Magallanes & Hinojosa, P.C.

By: _____ w/p
Gilberto Hinojosa
Texas Bar No. 09701100
Federal I.D. No. 3425
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Tel. (956)544-6571
Fax. (956)544-4290
Attorney for Defendant
PROGRESSIVE MORTGAGE, INC., D/B/A
KEY MORTGAGE

## CERTIFICATE OF SERVICE

I certify that on January __19__, 2005, a true and correct copy of the foregoing was served to each person listed below by the method indicated:

| | |
|---|---|
| Mr. Gene McCullough<br>MCCULLOUGH & MCCULLOUGH<br>P.O. Box 2244/323 East Jackson Street<br>Harlingen, Texas 78551-2244 | Via Fax (956) 423-4976 |
| Mr. Ricardo Morado<br>ROERIG, OLIVEIRA & FISHER, L.L.P.<br>855 West Price Road, Suite 9<br>Brownsville, Texas 78520-8786 | Via Fax (956) 542-0016 |
| Mr. Isidro Martinez d/b/a Tailor Made Homes<br>558 N. Crockett<br>San Benito, Texas 78586 | Via CM/RRR |

_____ w/p
Gilberto Hinojosa

**Lillian Kim**
410-A Ed Carey
Harlingen, Texas 78550
(956) 428-6363

## QUALIFICATIONS

Extensive experience in mortgage lending using a proactive approach to establish working relationships with Realtors and Builders.

Adherence to all local, state, and federal guidelines while seeking suitable loan programs for all clients.

Possess a reputation with Builders, Realtors, lenders, and previous clients as an honest, experienced, reliable, and trustworthy leader in my field.

## WORK HISTORY

4/00 - Present   *Mortgage Broker, KEY Mortgage, Harlingen, Texas*
- Structure and manage a new mortgage company
- Set up lender approval with numerous investors
- Interview and employ new staff
- Create policy and procedure guidelines
- Originate loan applications

5/99 - 4/00   *Mortgage Loan Officer, McAfee Mortgage, Harlingen, Texas*
- Originated loan applications
- Originated FHA/HUD/VA, Freddie Mac, and Fannie Mae loans
- Marketed Interim Financing program
- Established strong relationships with Builders for the company in the Harlingen/Brownsville area

6/98 - 5/99   *Mortgage Loan Officer, The Mortgage Market, Harlingen, Texas*
- Originated loan applications
- Originated FHA/HUD/VA, Freddie Mac, and Fannie Mae loans
- Had access to twenty-seven lenders with a variety of programs
- Researched different mortgage programs to suit the clients' needs
- Established a strong Realtor relationship for the company in the Brownsville market

4/97 - 5/98   *Personal Banker, U.S. Bank Corp., Auburn, Washington*
- Generated proactive sales with prospective clients
- Developed banking relationships with current clients
- Made sales presentations and networking
- Facilitated consumer lending (home equity, mortgage loan, auto, boat, yacht) lines of credit
- Originated FHA/HUD/VA, Freddie Mac, and Fannie Mae loans

**EDUCATION**

*Texas Southmost College,* Brownsville, Texas
   Business Finance – 1991 and 1992
*San Benito High School,* San Benito, Texas
   1987 Graduate

# RUBY CANTU
2322 E. Monroe
Harlingen, Texas 78550
Phone. (956) 494-9516
Email: rcpartida@aol.com

**OBJECTIVE:**
To acquire and maintain an array of loan products for government, conventional, and jumbo loans in order to provide a broader range of qualifications for borrowers seeking residential mortgages

**QUALIFICATIONS**
- Instrumental in acquiring new relationships with national lenders and utilizing their products to originate loans for selective borrowers.

**EMPLOYMENT**
2000-present  Loan Officer/Branch Manager/Vice-President KEY Mortgage
Originate single family and multi-family residential mortgage loans in accordance with all state lending requirements. Establish and maintain working relationships with all investors, title companies, appraisers, etc. and remain in compliance with all lender requirements as needed

1994-2000  Network Administrator Cameron County Juvenile Probation
Oversee all computer network problems and maintenance.

**VOLUNTEER WORK**
1998-2003  Volunteer, American Cancer Society's "Golf for Life" Tournament
1995-1996  Volunteer Coach for Harlingen Boys and Girls Club Basketball Winter League
2002-2003
2002-  Food Bank of RGV Board of Directors Secretary
2003-  Los Fresnos Area Chamber of Commerce Board of Directors Secretary
2004  Los Fresnos Area Chamber "Miss Los Fresnos Scholarship Pageant" Chairman
2004  Cameron County Children's Advocacy Center Annual Gala Silent Auction Chairman