IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 27 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PABLO NOYOLA, JR. AND<br>MARIA LETICIA NOYOLA<br>Plaintiffs | *<br>*<br>*<br>* |
| VS. | *   CIVIL ACTION NO. B-04-087 |
| MERCEDES NATIONAL BANK,<br>PROGRESSIVE MORTGAGE, INC.<br>D/B/A KEY MORTGAGE, AND<br>ISIDRO MARTINEZ D/B/A<br>TAILOR MADE HOMES<br>Defendants | *<br>*<br>*<br>*<br>*<br>* |

## UNOPPOSED MOTION FOR
## LEAVE TO FILE FIRST AMENDED ANSWER

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

**NOW COMES** Defendant, **PROGRESSIVE MORTGAGE, INC., D/B/A KEY MORTGAGE**, named Defendant in the above-entitled and numbered cause, and files this unopposed motion pursuant to Rule 15 of the Federal Rules of Civil Procedure, requesting leave of court to file its First Amended Answer, and would respectfully show the Court as follows:

**I.**

On or about December 17, 2004, Plaintiffs filed their First Amended Complaint asserting various general claims against this Defendant and served said Defendant with process on or about December 20, 2004. Given that Plaintiffs have made more specific allegations in their lawsuit against this Defendant, Defendant seeks to file its First Amended Answer in defense of the claims asserted by Plaintiffs.

Defendant attaches hereto Defendant's First Amended Answer. Defendant's Counsel spoke with Plaintiffs' counsel on January 20, 2005, about this motion; Plaintiffs's counsel is unopposed to the same. Counsel for Co-Defendant, Mercedes National Bank is also unopposed to this motion.

**WHEREFORE, PREMISES, CONSIDERED**, Defendant prays that the Court grant it leave to file its First Amended Answer as attached hereto.

Respectfully submitted,

Magallanes & Hinojosa, P.C.

By: _____
Gilberto Hinojosa
Texas Bar No. 09701100
Federal I.D. No. 3425
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Tel. (956)544-6571
Fax. (956)544-4290
Attorney for Defendant
PROGRESSIVE MORTGAGE, INC., D/B/A
KEY MORTGAGE

CERTIFICATE OF CONFERENCE

On January 20, 2005, I conferred with Mr. Arthur Eugene "Gene" McCullough, counsel for Plaintiffs, and on January 26, 2005, with Mr. Ricardo Morado counsel for Mercedes National Bank, as to their position in this motion. Mr. McCullough and Mr. Morado do not oppose this motion

_____
Edgar Juarez

## CERTIFICATE OF SERVICE

I certify that on January 27, 2005, a true and correct copy of the foregoing was served to each person listed below by the method indicated:

Mr. Gene McCullough  
MCCULLOUGH & MCCULLOUGH  
P.O. Box 2244/323 East Jackson Street  
Harlingen, Texas 78551-2244  

Via Fax (956) 423-4976

Mr. Ricardo Morado  
ROERIG, OLIVEIRA & FISHER, L.L.P.  
855 West Price Road, Suite 9  
Brownsville, Texas 78520-8786  

Via Fax (956) 544-4290

Mr. Isidro Martinez d/b/a Tailor Made Homes  
558 N. Crockett  
San Benito, Texas 78586  

Via CM/RRR

_____  
Gilberto Hinojosa