United States District Court
Southern District of Texas
FILED

FEB 1 0 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**PABLO NOYOLA, JR. AND**
**MARIA LETICIA NOYOLA**

vs.

CIVIL ACTION NO. B-04-087

**MERCEDES NATIONAL BANK,**
**PROGRESSIVE MORTGAGE, INC. D/B/A**
**KEY MORTGAGE, AND ISIDRO**
**MARTINEZ D/B/A TAILOR MADE HOMES**

## MOTION TO COMPEL MERCEDES NATIONAL BANK

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COME Plaintiffs, Pablo Noyola, Jr. and Maria Leticia Noyola, Movants herein, and bring this Motion to Compel against Mercedes National Bank, Respondent, to respond to certain Requests for Production previously served upon Respondent. In support thereof, Movants would show the Court the following:

I.

Movants served Requests for Production on Mercedes National Bank. A true and correct copy of said Requests for Production are attached hereto and incorporated by reference as Exhibit "A" Request for Production and as Exhibit "B" Plaintiffs' Second Requests for Production.

II.

The responses filed by Mercedes National Bank, Respondent, to said Requests for Production are incomplete and insufficient. A true and correct copy of the responses and answers filed by said Respondent are attached hereto and incorporated by reference as Exhibit "C" Responses and/or Objections to Plaintiffs' Request for Production and "D" Defendant Mercedes National Bank's Responses and/or Objections to Plaintiffs' Second Request for Production. Specifically, Mercedes National Bank filed incomplete and insufficient responses to Requests for Production Nos. 2, 3, 4, 8, 9, 15 and insufficient responses to Plaintiffs' Second Requests for Production Nos. 1, 2, 3, and 4.

III.

The documents requested are relevant to the subject matter in this pending cause and are reasonably calculated to lead to discovery of admissible evidence. The documents requested relate to the following as stated below:

Request for Production:

        2 & 3 DTPA claim
        4 Plaintiffs failure to mitigate damages
        8 Documents that another is liable for claims
        9 Published materials relied on as authoritative

Plaintiffs' Second Request for Production:

All requests, Nos. 1, 2, 3, and 4, relate to minutes or recording that should have been taken during the regular course of business as stated in Defendant Mercedes National Bank's Real Estate Loan Policy & Procedures dated 2/28/00, Loan Policy dated 8/27/04 and Loan Administration Policy & Procedures dated 3/28/01. Plaintiffs are merely requesting information which relate to their construction loan and the supervision of that loan by the officers of Defendant Mercedes National Bank.

IV.

Mercedes National Bank should be compelled to respond to said Requests for Production, and Movants request that the Court rule on any objections made in connection therewith.

V.

The failure of Mercedes National Bank to comply with proper discovery requests has necessitated the filing of this Motion to Compel. Therefore, pursuant to Rule 215 of the Texas Rules of Civil Procedure, Mercedes National Bank should be required to pay reasonable attorney's fees and expenses incurred in connection with this motion, in the amount of $1,000.00.

VI.

Efforts to resolve these matters without court intervention were attempted as evidenced by the Certificate of Conference included herein.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Movants pray that, upon hearing hereof, Mercedes National Bank be ordered to completely and fully respond to the Requests for Production as requested hereinabove, that reasonable attorney's fees and expenses be awarded, and for such and further relief that may be awarded at law or in equity.

        Respectfully submitted,
        McCullough & McCullough
        P.O. Box 2244/323 E. Jackson
        Harlingen, Texas 78551
        Tel. (956)423-1234/Fax. (956)423-4976

By: _____
Arthur Eugene "Gene" McCullough
Attorney-in-Charge
Texas Bar No. 00794267
Federal ID No. 19292
Attorney for Plaintiffs
Pablo Noyola, Jr. and Maria Leticia Noyola

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney attempted in good faith to resolve the issues surrounding this discovery matter without court intervention, however those attempts failed. Therefore, the matter is presented to the Court for determination.

_____
Arthur Eugene "Gene" McCullough

## **CERTIFICATE OF SERVICE**

I certify that on February 8, 2005 a true and correct copy of Plaintiffs' Motion to Compel Mercedes National Bank was served to each person listed below by the method indicated.

Via 1st Class U.S. Mail and
Via Fax (956) 542-0016
Ricardo Morado
ROERIG, OLIVERIA & FISHER, L.L.P.
855 West Price Road, Ste. 9
Brownsville, Texas 78520-8786
Attorney for Defendant
Mercedes National Bank

Via 1st Class U.S. Mail and
Via Fax (956) 544-4290
Edgar Juarez
Gilbert Hinojosa
MAGALLANES & HINOJOSA, P.C.
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Attorney for Defendant
Progressive Mortgage, Inc.

_____
Arthur Eugene "Gene" McCullough

- 3 -