UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PABLO NOYOLA, JR. AND
MARIA LETICIA NOYOLA

vs.

CIVIL ACTION NO. B-04-087

MERCEDES NATIONAL BANK,
PROGRESSIVE MORTGAGE, INC. D/B/A
KEY MORTGAGE, AND ISIDRO
MARTINEZ D/B/A TAILOR MADE HOMES

### ORDER SETTING HEARING

The above and foregoing Plaintiffs' Motion to Compel having been presented and duly considered, the Court is of the opinion that a hearing on same is necessary.

**IT IS THEREFORE ORDERED** that said Motion is set for hearing on _____ at _____, in the United States District Court of Texas Brownsville Division.

**SIGNED** on _____, 2005.

_____
JUDGE PRESIDING