UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PABLO NOYOLA, JR. AND
MARIA LETICIA NOYOLA

vs.

CIVIL ACTION NO. B-04-087

MERCEDES NATIONAL BANK,
PROGRESSIVE MORTGAGE, INC. D/B/A
KEY MORTGAGE, AND ISIDRO
MARTINEZ D/B/A TAILOR MADE HOMES

ORDER GRANTING MOTION TO COMPEL

On _____, 2005, the Motion to Compel of Pablo Noyola, Jr. and Maria Leticia Noyola, Movants

herein, filed against Mercedes National Bank, Respondent, was considered by the Court.  After considering the

evidence and hearing the arguments of counsel, it appears to the Court that the Motion should be granted.

The Court finds that objections made by Mercedes National Bank with respect to the following Requests

for Production are **OVERRULED**:

Requests for Production Nos.:

> 2  DTPA claim
>
> 3 DTPA claim
>
> 4 Plaintiffs failure to mitigate damages
>
> 8 Documents that another is liable for claims
>
> 9 Published materials relied on as authoritative

Plaintiffs' Second Request for Production:

> 1  Board of Directors' minutes
>
> 2  Directors' Loan Committee's minutes
>
> 3  Recordings of Board of Directors' meetings
>
> 4  Recording of Directors' Loan Committee's meetings

The Court finds that objections made with respect to the following Requests for Production are

**SUSTAINED**: Requests for Production Nos.:

2  DTPA claim

3 DTPA claim

4 Plaintiffs failure to mitigate damages

8 Documents that another is liable for claims

9 Published materials relied on as authoritative

Plaintiffs' Second Request for Production:

1  Board of Directors' minutes

2  Directors' Loan Committee's minutes

3  Recordings of Board of Directors' meetings

4  Recording of Directors' Loan Committee's meetings

**IT IS THEREFORE ORDERED** that, on or before _____,Mercedes National Bank completely and fully respond to Requests for Production and Plaintiff's Second Request for Production as indicated herein.

**IT IS FURTHER ORDERED** that Mercedes National Bank pay attorney's fees and expenses incurred in connection with this Motion to Compel to Movants Pablo Noyola, Jr. and Maria Leticia Noyola in the amount of $1,000.00.

**SIGNED**_____, 2005.

_____

JUDGE PRESIDING