United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PABLO NOYOLA, JR. AND<br>MARIA LETICIA NOYOLA<br>Plaintiffs | *<br>*<br>*<br>* |
| VS. | * CIVIL ACTION NO. B-04-087 |
| | * (636(c)) |
| MERCEDES NATIONAL BANK,<br>PROGRESSIVE MORTGAGE, INC.<br>D/B/A KEY MORTGAGE, AND<br>ISIDRO MARTINEZ D/B/A<br>TAILOR MADE HOMES<br>Defendants | *<br>*<br>*<br>*<br>*<br>* |

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

The above and foregoing Defendant's Unopposed Motion for Leave To File First Amended Answer is **GRANTED** and Defendant Progressive Mortgage, Inc. d/b/a Key Mortgage are given leave to file their First Amended Answer.

SIGNED on __2-14-__, 2005.

_____
JUDGE PRESIDING