IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND<br>MARIA LETICIA NOYOLA<br>Plaintiffs | §<br>§<br>§<br>§ | |
| VS. | §<br>§ | |
| MERCEDES NATIONAL BANK,<br>PROGRESSIVE MORTGAGE, INC.<br>D/B/A KEY MORTGAGE, AND<br>ISIDRO MARTINEZ D/B/A TAILOR<br>MADE HOMES<br>Defendants | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-087<br>JURY DEMAND |

## ORDER DENYING PLAINTIFFS' MOTION TO COMPEL
## AND PROTECTIVE ORDER

The Court, having considered Plaintiffs' Motion to Compel and the Defendant's Response to Plaintiffs' Motion to Compel and Request for Hearing, is of the opinion that Plaintiffs' Motion to Compel should be in all things denied.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Compel is hereby DENIED and that the Mercedes National Bank is protected from having to respond to Requests for Production Nos. 2, 3, 4, 8, 9 and 15 of Plaintiffs' First Requests for Production and Requests for Production Nos. 1, 2, 3 and 4 of Plaintiffs' Second Requests for Production and that all objections to the aforementioned requests are sustained.

DONE this _____ day of _____, 2005, in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

bc:  Mr. Ricardo Morado
Roerig, Oliveira & Fisher, L.L.P
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Fax No. (956) 542-0016

Mr. Gene McCullough
McCULLOUGH AND McCULLOUGH
P. O. Box 2244
323 E. Jackson
Harlingen, Texas 78551

Mr. Edgar Juarez
Mr. Gilberto Hinojosa
MAGALLANES & HINOJOSA, P C
1713 Boca Chica Boulevard
Brownsville, Texas 78520