IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND | § | |
| MARIA LETICIA NOYOLA | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | |
| | § | |
| MERCEDES NATIONAL BANK, | § | CIVIL ACTION NO. B-04-087 |
| PROGRESSIVE MORTGAGE, INC. | § | JURY DEMAND |
| D/B/A KEY MORTGAGE, AND | § | |
| ISIDRO MARTINEZ D/B/A TAILOR | § | |
| MADE HOMES | § | |
| Defendants | § | |

## ORDER SETTING HEARING

CAME ON TO BE CONSIDERED Plaintiffs' Motion to Compel and Defendant Mercedes National Bank's Response to Plaintiffs' Motion to Compel and Request for Hearing and the Court hereby sets an oral hearing on said Motions for the _____ day of _____, 2005, at _____ o'clock ___.m.

Signed on this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

cc:  Mr. Ricardo Morado
Roerig, Oliveira & Fisher, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Fax No (956) 542-0016

Mr Gene McCullough
McCULLOUGH AND McCULLOUGH
P O Box 2244
323 E Jackson
Harlingen, Texas 78551

Mr Edgar Juarez
Mr. Gilberto Hinojosa
MAGALLANES & HINOJOSA, P C.
1713 Boca Chica Boulevard
Brownsville, Texas 78520