MAR-11-2005 3:02PM ROERIG OLIVEIRA FISHER NO. 982 P. 2
Case 1:04-cv-00087 Document 34 Filed in TXSD on 03/11/2005 Page 1 of 23
United States District Court
Southern District of Texas
FILED
MAR 1 1 2005
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND <br> MARIA LETICIA NOYOLA <br> Plaintiffs <br><br> VS. <br><br> MERCEDES NATIONAL BANK, <br> PROGRESSIVE MORTGAGE, INC. <br> D/B/A KEY MORTGAGE, AND <br> ISIDRO MARTINEZ D/B/A TAILOR <br> MADE HOMES <br> Defendants | § § § § § § § § § § § § § | CIVIL ACTION NO. B-04-087 <br> JURY DEMAND |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW PABLO NOYOLA and LETICIA NOYOLA, Plaintiffs in the above-styled and numbered cause, and the MERCEDES NATIONAL BANK, Defendant herein, and give notice to the Court that they have settled the claims pending between these parties. All other claims remain pending at this time.

Respectfully submitted,

McCULLOUGH AND McCULLOUGH
P. O. Box 2244/323 E. Jackson
Harlingen, Texas 78550
Telephone: (956) 423-1234
Telecopier: (956) 423-4976

By: _____
Arthur Eugene "Gene" McCullough
State Bar No. 00794267
Federal I.D. No.: 19292

ATTORNEYS FOR PLAINTIFFS

ROERIG, OLIVIERA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 8520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

By: _____
Ricardo Morado
State Bar No. 14417250
Federal I.D. No.: 1213

ATTORNEYS FOR DEFENDANT
MERCEDES NATIONAL BANK

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Settlement has been forwarded to all counsel of record by via Certified Mail, Return Receipt Requested:

Mr. Gilberto Hinojosa                                   *VIA CMRRR*
Mr. Edgar Juarez
1713 Boca Chica Boulevard
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANT
PROGRESSIVE MORTGAGE, INC., D/B/A
KEY MORTGAGE

on this _____ day of March, 2005.

_____
Arthur Eugene "Gene" McCullough