United States District Court
Southern District of Texas
FILED

APR 1 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND<br>MARIA LETICIA NOYOLA<br>Plaintiffs | § § § § | |
| VS. | § § | |
| MERCEDES NATIONAL BANK,<br>PROGRESSIVE MORTGAGE, INC.<br>D/B/A KEY MORTGAGE, AND<br>ISIDRO MARTINEZ D/B/A TAILOR<br>MADE HOMES<br>Defendants | § § § § § § § | CIVIL ACTION NO. B-04-087<br>JURY DEMAND |

## MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW PABLO NOYOLA, JR. and MARIA LETICIA NOYOLA, Plaintiffs in the above-entitled and numbered cause, and file this Motion to Dismiss with Prejudice and would show the Court as follows:

I.

Plaintiffs have compromised and settled all claims with Defendant, MERCEDES NATIONAL BANK, in the above styled and numbered cause, and wish that all causes of action against MERCEDES NATIONAL BANK, PROGRESSIVE MORTGAGE, INC. D/B/A KEY MORTGAGE, and ISIDRO MARTINEZ D/B/A TAILOR MADE HOMES, be dismissed with prejudice.

WHEREFORE, Plaintiffs pray that this Court enter its order dismissing Plaintiffs' claims against Defendants, MERCEDES NATIONAL BANK, PROGRESSIVE MORTGAGE, INC. D/B/A KEY MORTGAGE, and ISIDRO MARTINEZ D/B/A TAILOR MADE HOMES with

prejudice, with costs of court to be paid by the party incurring same.

                                      Respectfully submitted,

                                      McCULLOUGH AND McCULLOUGH
                                      P. O. Box 2244/323 E. Jackson
                                      Harlingen, Texas 78550
                                      Telephone: (956) 423-1234
                                      Telecopier: (956) 423-4976

By: _____
       Arthur Eugene "Gene" McCullough
       State Bar No. 00794267
       Federal I.D. No.: 19292

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Motion for Dismissal with Prejudice has been sent by via Regular Mail or via Fax to:

| | |
|---|---|
| Ricardo Morado<br>ROERIG, OLIVEIRA & FISHER, L.L.P.<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520 | *VIA REGULAR MAIL* |
| Mr. Gilberto Hinojosa<br>Mr. Edgar Juarez<br>1713 Boca Chica Boulevard<br>Brownsville, Texas 78520 | *VIA FAX* |

on this 5 day of April, 2005.

                                      _____
                                      Arthur Eugene "Gene" McCullough

Motion for Dismissal with Prejudice
tina\motions\23950.MTN.DISMISS
Page 2