IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND | § | |
| MARIA LETICIA NOYOLA | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | |
| | § | |
| MERCEDES NATIONAL BANK, | § | CIVIL ACTION NO. B-04-087 |
| PROGRESSIVE MORTGAGE, INC. | § | JURY DEMAND |
| D/B/A KEY MORTGAGE, AND | § | |
| ISIDRO MARTINEZ D/B/A TAILOR | § | |
| MADE HOMES | § | |
| Defendants | § | |

## ORDER OF DISMISSAL

On this day came to be presented Plaintiffs' Motion for Dismissal with Prejudice. The Court being of the opinion that such motion should be GRANTED,

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that all causes of action brought by Plaintiffs, PABLO NOYOLA, JR. and MARIA LETICIA NOYOLA against Defendants, MERCEDES NATIONAL BANK, PROGRESSIVE MORTGAGE, INC. D/B/A KEY MORTGAGE, and ISIDRO MARTINEZ D/B/A TAILOR MADE HOMES, be, and they are hereby, dismissed, with prejudice, with costs of court to be paid by the party incurring same.

All relief not expressly granted herein is denied.

DONE this _____ day of _____, 2005.

_____
JUDGE PRESIDING

APPROVED:

_____
Arthur Eugene "Gene" McCullough
Attorney for Plaintiffs

Order of Dismissal
tina\motions\23950.MTN.DISMISS

_____
Ricardo Morado
Attorney for Defendant
Mercedes National Bank


_____
Gilberto Hinojosa
Edgar Juarez
Attorneys for Defendant
Progressive Mortgage, Inc.


cc  Mr Ricardo Morado
    Roerig, Oliveira & Fisher, L L P
    855 W Price Road, Suite 9
    Brownsville, Texas 78520
    Fax No (956) 542-0016

    Mr Gene McCullough
    McCULLOUGH AND McCULLOUGH
    P O Box 2244
    323 E Jackson
    Harlingen, Texas 78551

    Mr Edgar Juarez
    Mr Gilberto Hinojosa
    MAGALLANES & HINOJOSA, P C
    1713 Boca Chica Boulevard
    Brownsville, Texas 78520