IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| PABLO NOYOLA, JR. AND<br>MARIA LETICIA NOYOLA<br>Plaintiffs | § § § § | |
| VS. | § § | |
| MERCEDES NATIONAL BANK,<br>PROGRESSIVE MORTGAGE, INC.<br>D/B/A KEY MORTGAGE, AND<br>ISIDRO MARTINEZ D/B/A TAILOR<br>MADE HOMES<br>Defendants | § § § § § § | CIVIL ACTION NO. B-04-087<br>JURY DEMAND    636(c)) |

## ORDER OF DISMISSAL

On this day came to be presented Plaintiffs' Motion for Dismissal with Prejudice. The Court being of the opinion that such motion should be GRANTED,

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that all causes of action brought by Plaintiffs, PABLO NOYOLA, JR. and MARIA LETICIA NOYOLA against Defendants, MERCEDES NATIONAL BANK, PROGRESSIVE MORTGAGE, INC. D/B/A KEY MORTGAGE, and ISIDRO MARTINEZ D/B/A TAILOR MADE HOMES, be, and they are hereby, dismissed, with prejudice, with costs of court to be paid by the party incurring same.

All relief not expressly granted herein is denied.

DONE this 20th day of April, 2005.

_____
JUDGE PRESIDING

APPROVED:

_____
Arthur Eugene "Gene" McCullough
Attorney for Plaintiffs

Order of Dismissal
tina\motions\23950.MTN.DISMISS

_____
Ricardo Morado
Attorney for Defendant
Mercedes National Bank


_____
Gilberto Hinojosa
Edgar Juarez
Attorneys for Defendant
Progressive Mortgage, Inc.


cc.  Mr. Ricardo Morado
Roerig, Oliveira & Fisher, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Fax No. (956) 542-0016

Mr. Gene McCullough
McCULLOUGH AND McCULLOUGH
P. O. Box 2244
323 E. Jackson
Harlingen, Texas 78551

Mr. Edgar Juarez
Mr. Gilberto Hinojosa
MAGALLANES & HINOJOSA, P.C.
1713 Boca Chica Boulevard
Brownsville, Texas 78520